IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY and WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | **No. 4:25-cv-00438-RGE-HCA**<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS** |

This matter is before the Court on Plaintiff Sharilyn Ervin's Application to Proceed Without Prepaying Fees or Costs. ECF No. 2. The application is **GRANTED**. Ervin may proceed without prepayment of costs or fees.

**IT IS SO ORDERED**.

Dated this 13th day of November, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE