# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Central Division

| | |
|---|---|
| **Sharilyn Ervin**<br><br>**Plaintiff**<br><br>**V**<br><br>**Lincoln National Life Insurance Company**<br><br>**Wellmark Inc. Group Disability Income Plan**<br><br>**Defendant(s)** | **CASE #: 4:25-cv-00438-RGE-HCA**<br><br>**Motion for Service of Process**<br>**AND FOR AN EXTENSION OF TIME TO SERVE UNDER RULE 4(m)** |

# Motion for Service of Process

Statement of Facts and Law:

1. On November 13, 2025, this Court entered an Order granting Plaintiff leave to proceed *In Forma Pauperis* (IFP).
2. Pursuant to 28 U.S.C. § 1915(d), "the officers of the court shall issue and serve all items of process" for a plaintiff proceeding IFP.
3. Furthermore, under Federal Rule of Civil Procedure 4(c)(3), the Court must order that service be made by a United States Marshal or deputy marshal if the plaintiff is authorized to proceed IFP.
4. To date, service has not been initiated. Plaintiff was previously informed by the Clerk's office that service is only provided for prisoners; however, the authorities cited above apply to all litigants granted IFP status.
5. Plaintiff has attached to this Motion the completed USM-285 forms and Summons (AO-440) forms for all defendants to facilitate immediate service.

Plaintiff respectfully requests that the Court issue the attached summonses and direct the U.S. Marshals Service to effect service of the Summons and Complaint upon the defendants at the addresses provided.

Plaintiff further notes for the Court's awareness that this matter is related to the case IASD, 4-25-cv-86, currently pending in this District. The cases involve substantially similar parties and legal issues, and Plaintiff has previously noted this relationship in the initial filing. In Cleveland v. Policy Management Systems Corp., 526 U.S. 795 (1999**)**, the Supreme Court unanimously held that a claim for disability benefits does not inherently conflict with an ADA claim. Plaintiff is entitled to pursue all available remedies

"I hereby certify that on this day, I filed the foregoing Motion with the Clerk of Court for the Southern District of Iowa. Because defendants have not yet been served with the complaint, no service of this motion is required under FRCP 5."

## EXTENSION OF TIME TO SERVE UNDER RULE 4(m)

Plaintiff respectfully requests a 60-day extension of the service deadline pursuant to Fed. R. Civ. P. 4(m). Good cause exists because Plaintiff is proceeding *In Forma Pauperis* and

was previously informed by the Clerk's office that Marshal service was unavailable to non-prisoners. This extension will ensure that the administrative time required for the Clerk to issue summonses and the Marshals to effect service does not prejudice the Plaintiff's claims.

/s/ Sharilyn Ervin

8790 EP TRUE PKWY

WEST DES MOINES IA 50266

515-423-1809