UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wellmark Inc. Group Disability Income Plan ("Wellmark"), hereby moves the Court to dismiss Plaintiff Sharilyn Ervin's ("Plaintiff" or "Ervin") Complaint against Wellmark with prejudice. In support of this Motion to Dismiss, Wellmark states as follows:

1. On November 4, 2025, Plaintiff filed a Complaint for a Civil Case ("Complaint") against Defendants The National Life Insurance Company ("Lincoln") and Wellmark (collectively, the "Defendants") in this Court. Wellmark was served with the Complaint on January 26, 2026.

2. In her Complaint, Plaintiff states that this lawsuit "is an action by a Plan Participant Plaintiff Ervin, to recover benefits under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1132(a)(1)(B)." ECF No. 1, p. 4.

3. Plaintiff seeks in this case to secure "[a]n Order reversing the Defendant's final administrative denial of Plaintiff's claim for Long-Term Disability (LTD) benefits" and to "[r]ecover all unpaid benefits pursuant to Long-Term Disability insurance." ECF No. 1, p. 5.

4. More specifically, Plaintiff brings a single claim against both Defendants: a "CLAIM FOR BENEFITS UNDER THE PLAN – 29 USC 1132(a)(1)(B)." ECF No. 1, p. 10.

5. Plaintiff also requests redress regarding purported "procedural abuses" she alleges were caused by Lincoln. ECF No. 1, p. 10.

6. Wellmark respectfully requests the Court dismiss the Plaintiff's Complaint against Wellmark pursuant to Rule 12(b)(6) for failure to state a claim.

7. The long-term disability ("LTD") plan at issue in this case is a fully-insured plan for which Lincoln maintains complete discretion over the interpretation and application of the plan terms and controls and administers the claim submission, denial, and appeal processes.

8. Further, any benefits paid under the LTD plan at issue are paid out by Lincoln. ECF No. 1, p. 8, ¶ 15.

9. Wellmark submits a Brief in Support of this Motion to Dismiss simultaneously herewith pursuant to Local Rules 7(b)(3) and 7(d), and which is incorporated herein by reference.

10. Wellmark also submits a declaration and copies of the LTD plan documents at issue and incorporates them herein by reference. Specifically, Wellmark provides a copy of Policy GF3-840-435301-02 as well as the Class 2 Certificate associated with that policy.

WHEREFORE, Defendant Wellmark Inc. Group Disability Income Plan requests that the Court grant its Motion to Dismiss with prejudice and for such other relief as the Court deems appropriate and just.

*/s/ Leslie Behaunek*
Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266

*Pro Se Plaintiff*

*/s/ Leslie Behaunek*