**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC, GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-cv-00438-RGE-HCA<br><br><br>APPEARANCE |

Pursuant to Local Rule 83.d.5, Brenda K. Wallrichs hereby enters her appearance in this matter as counsel for Defendant Lincoln National Life Insurance Company.

**LEDERER WESTON CRAIG PLC**

By: /s/ *Brenda K. Wallrichs*

Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

**ATTORNEYS FOR DEFENDANT
LINCOLN NATIONAL LIFE
INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Southern District of Iowa, Central Division, using the ECF system which will send notification of such filing to the following:

**PRO SE PLAINTIFF:**
Sharilyn Ervin
Email: ervinsharilyn2009@yahoo.com

**ATTORNEY FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**
Leslie Christine Behaunek
Email: lcbehaunek@nyemaster.com

Executed this 17th day of February, 2026 in Cedar Rapids, Iowa.

*/s/ Brenda K. Wallrichs*