IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| SHARILYN ERVIN<br><br>Plaintiff(s)<br>vs.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 4:25cv00438-RGE-HCA<br><br>Corporate Disclosure/ Statement of Interest |

This Corporate Disclosure statement is filed on behalf of The Lincoln National Life Ins in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☐ The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☑ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

Lincoln National Corporation Relationship ____________

____________ Relationship ____________

☑ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

Lincoln National Corporation Relationship ____________

____________ Relationship ____________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: February 17, 2026

/s/ Brenda K. Wallrichs
Lederer Weston Craig PLC
118 Third Avenue SE, Suite 700
Cedar Rapids, IA 52401