UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants | Case No. 4:25-CV-00438-RGE-HCA<br><br>Plaintiff Unopposed Motion for Leave to Amend Complaint |

# **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Comes now Plaintiff, Sharilyn Ervin, appearing *pro se*, and respectfully moves this Court for leave to file her First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, Plaintiff states as follows:

Standard for Amendment Under Rule 15(a)(2), the court should freely give leave when justice so requires. Purpose of Amendment Plaintiff seeks to amend her Complaint to incorporate newly discovered evidence and to address technical deficiencies raised by Defendant Wellmark in its Reply brief filed on February 24, 2026 (Doc. 19).

Newly Discovered Evidence Since the filing of the original Complaint, Plaintiff has identified a critical communication from Wellmark management (Lisa Scaglione) dated November 28, 2023. In this communication, Wellmark admits to a policy of terminating employees once the disability benefit is approved. This evidence is central to Plaintiff's claim that Wellmark and the Plan are appropriate parties who exercise control over the consequences of disability determinations.

Addressing Procedural Abuses the Amended Complaint further clarifies procedural abuses under ERISA, including claim handling that often obstructed the claims process.

No Prejudice to Defendants as this motion is filed in good faith and early in the litigation process. Amendment will not prejudice the Defendants; rather, it will ensure this case is decided on its actual merits and a complete factual record, rather than on narrow technicalities regarding the four corners of the original pleading.

Plaintiff brings this Motion for Leave to Amend Complaint. Counsel for Wellmark, Inc. and Counsel for Lincoln National Life Insurance Company have both confirmed via email on February 25, 2026, that they do not oppose or resist this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant her leave to file the First Amended Complaint (attached hereto as First Amended Complaint and Exhibit 1-9) and deny Defendant's pending Motion to Dismiss as moot.

Respectfully submitted,

/s/Sharilyn Ervin

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February 2026, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE,
P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100
Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184 Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

Iwana Rademaekers
17304 Preston Road, Suite 800 Dallas, Texas 75252
Main: (214) 579-9319 Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
**ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**