Message

**From**: Mommer, Amanda J [MommerA@wellmark.com]
**Sent**: 11/17/2023 9:22:19 AM
**To**: Stevens, Patrick [patrick.stevens@lfg.com]
**CC**: Wingate, Samantha [Samantha.Wingate@lfg.com]
**Subject**: Sharilyn Ervin #14973271

**Importance**: High

Good morning,

I see that Sharilyn initiated a claim for STD on 11/14/2023, however she currently has an open Work Comp claim for the injury. I am not sure what your procedure is for Work Comp related injuries, but I was under the impression an employee could not have both Work Comp and STD active at the same time.

Can you please provide me with some insight on your processes for situations such as these?

Thank you,

**Amanda Mommer**
HR Services Specialist
Wellmark Blue Cross and Blue Shield
MommerA@wellmark.com
Phone: 605-373-7413
Wellmark.com

EXHIBIT 3

Message

**From:** Mommer, Amanda J [MommerA@wellmark.com]
**Sent:** 11/17/2023 9:44:42 AM
**To:** Lemberg, Dana L [LembergDL@wellmark.com]; Scaglione, Lisa M [ScaglioneL@wellmark.com]
**Subject:** FW: Sharilyn Ervin #14973271

**Amanda Mommer**
HR Services Specialist
Wellmark Blue Cross and Blue Shield
MommerA@wellmark.com
Phone: 605-373-7413
Wellmark.com

---

**From:** Stevens, Patrick <Patrick.Stevens@lfg.com>
**Sent:** Friday, November 17, 2023 9:41 AM
**To:** Mommer, Amanda J <MommerA@wellmark.com>
**Cc:** Wingate, Samantha <Samantha.Wingate@lfg.com>
**Subject:** [EXTERNAL] RE: Sharilyn Ervin #14973271

**CAUTION:** External email. Only click on links or open attachments from a trusted source. Contact CyberResponse to report suspicious activity.

Hi Amanda! Thank you for reaching out. Great question! You are correct, WC is an exclusion to STD benefits. If an employee submits an absence the claim will be created, and the DCM will reach out. If the employee advises the condition is work related or we get medical documentation that indicates its work related, we would deny the claim. The employee would have to submit documentation that the WC claims has been denied for us to investigate if they are eligible once WC claim is denied. since you've verified that she has an open WC claim we will deny her STD claim.

Please let me now if you have any additional questions!

Patrick Stevens
Manager, STD Claims
Lincoln Financial Group

800.210.0268 Office
Ext 16196

**LincolnFinancial.com**

**Follow us on:**

***Did you know you can access your claim or leave by visiting My Lincoln Portal SM? Track the status of a claim or leave, report an absence, view payment information and MORE…24 hours a day 7 days a week!***

***Remember to visit mylincolnportal.com and start accessing your information when you need it no matter the day or time.***

---

**From:** Mommer, Amanda J <MommerA@wellmark.com>
**Sent:** Friday, November 17, 2023 10:22 AM
**To:** Stevens, Patrick <Patrick.Stevens@lfg.com>
**Cc:** Wingate, Samantha <Samantha.Wingate@lfg.com>
**Subject:** Sharilyn Ervin #14973271
**Importance:** High