# FMLA/Long-term Disability

From: Scaglione, Lisa M (scaglionel@wellmark.com)
To: ervinsharilyn2009@yahoo.com
Cc: ErvinS@wellmark.com; ScaglioneL@wellmark.com
Date: Tuesday, November 28, 2023 at 09:09 AM CST

Hello Sharilyn,

We have not received medical documentation for the hand/wrist medical condition. Please refer to the email I sent you on November 14, 2023 (attached). To the extent your health care provider certifies your condition is a serious medical condition, you can use your FMLA to protect some of your absences that you have incurred since November 7, 2023 related to the above condition. We will need medical documentation sent to us no later than November 30, 2023. Your care provider can email it to ADA@Wellmark.com or fax to 515-376-9062.

My understanding of long-term benefits is the employee must meet the eligibility requirements, one of them being reaching a maximum date (24 weeks) of short-term disability (STD) benefits. Your last absence began on 3/10/23 and closed on 6/8/23 when you returned to work and the potential max benefit for STD was on 9/5/23, so you are 3 months short of meeting this eligibility. I'm not sure why Lincoln would refer you back to Wellmark. Lincoln administers long-term disability benefits and once the benefit is approved, Wellmark terminates the employee. I would suggest going back to Lincoln to inquire about filing for LTD benefits. You can also review the Long Term Disability policy on Citrix with this link below.

PDF https://wellmarkinc.sharepoint.com/sites/InsideWellmark/Documents/Benefits_LongTermDisability.pdf?web=1

---

**From:** Mommer, Amanda J <MommerA@wellmark.com>
**Sent:** Monday, November 27, 2023 1:23 PM
**To:** Scaglione, Lisa M <ScaglioneL@wellmark.com>
**Subject:** FW: [EXTERNAL] RE; Short Term Disabilty

Hi Lisa – Can you address Sharilyn's question about LTD? (I am not sure if she would be eligible with current Work Comp Claim)

**Amanda Mommer**
HR Services Specialist
Wellmark Blue Cross and Blue Shield
MommerA@wellmark.com
Phone: 605-373-7413
Wellmark.com

EXHIBIT 1