FMLA time off

From: Scaglione, Lisa M (scaglionel@wellmark.com)

To: ervinsharilyn2009@yahoo.com

Cc: ScaglioneL@wellmark.com

Date: Wednesday, November 8, 2023 at 09:01 AM CST

Hi Sharilyn,

I received notification from Valora that you will not be working today and from Amanda about your Work Comp inquiry. We had Lincoln Financial open a continuous FMLA claim for you #14945927 beginning yesterday 11/7/23 and it will go through 11/16/23. As of 11/16/23, you will have exhausted your FMLA hours for the year.

Let me know if you have any questions.

Thank you,
Lisa

**From:** James, Valora A <JamesVA@wellmark.com>
**Sent:** Tuesday, November 7, 2023 10:25 PM
**To:** Scaglione, Lisa M <ScaglioneL@wellmark.com>
**Cc:** Brinker, Becky S <BrinkerB@wellmark.com>
**Subject:** FW: [EXTERNAL] Off 11_8_203

FYI

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Tuesday, November 7, 2023 8:53 PM
**To:** Time Off <TMOFF@wellmark.com>; James, Valora A <JamesVA@wellmark.com>
**Subject:** [EXTERNAL] Off 11_8_203

**CAUTION:** External email. Only click on links or open attachments from a trusted source. Contact CyberResponse to report suspicious activity.

Will be off 11-8-2023

EXHIBIT 2

Sharilyn Ervin