IOWA | Insurance Division

GOVERNOR KIM REYNOLDS
LT. GOVERNOR ADAM GREGG

DOUG OMMEN, INSURANCE COMMISSIONER

March 4, 2024

Sharilyn Ervin Sent via email to ervinsharilyn2009@yahoo.com
360 Bridgewood Dr. Apt 1209
West Des Moines, Iowa 50266

Re: Case 120981

Dear Sharilyn Ervin:

This is in response to the complaint you filed with the Iowa Insurance Division regarding Wellmark Health Plan of Iowa, Inc ("Wellmark") and Lincoln National Life Insurance Company ("Lincoln"). In your complaint you state you are experiencing claim delays and have asked for a copy of your policy. We forwarded your concerns to Wellmark & Lincoln for their review and response.

Wellmark informs us that you have filed a complaint with the Iowa Civil Rights Commission, therefore, your complaint to Wellmark is now being handled through the Iowa Civil Rights Commission.

Lincoln advised us that your short term disability plan sponsored by Wellmark is a self insured plan to which the Iowa Insurance Division does not have jurisdiction. However, Lincoln provided a courtesy response informing us that on February 14, 2024 they sent you a denial letter and provided you the right to appeal the adverse benefit determination. Lincoln also states you may contact Tori Leach with any questions about your short term disability claim.

The Iowa Insurance Division seriously evaluates every inquiry and complaint that we receive. The goal of the Division's complaint process is to ensure that Iowa insurance rules and regulations are enforced. These laws require that insurers and producers honestly describe policies and coverage. These laws also require insurers to follow fair and reasonable procedures in handling claims and determining whether a claim is covered under the benefits promised to Iowans in their policies or contracts.

Although the Division has concluded that no further investigation into insurance law violations is warranted at this time, the Division's Consumer Advocacy Office may conduct additional limited review under Chapter 505.8(6) of the Iowa Code. The Consumer Advocacy Office may be reached by phone at 515-654-6538 or by mail at 1963 Bell Ave Suite 100, Des Moines, Iowa, 50315.

Sincerely,
Sue Wittmack
Sue Wittmack
Insurance Complaint Analyst
Market Regulation Bureau
Phone: 515-654-6462
susan.wittmack@iid.iowa.gov

EXHIBIT 4

Re: Wellmark Employee Benefits

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: RaganS@wellmark.com

Date: Friday, December 29, 2023 at 08:56 AM CST

Thank you, I have an open appeal with Lincoln and have called for weeks to get questions answered, If I continue to be unsuccessful I will retain a disability attorney.

Again thanks for your help.

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

On Friday, December 29, 2023 at 07:57:40 AM CST, Ragan, Sheri <ragans@wellmark.com> wrote:

Sharilyn,

Unfortunately, I will not be able to send you those documents. It is not our practice to send internal Wellmark documents to requests that are made outside of Wellmark.

**Sheri Ragan**

Human Resources Benefit Analyst

Wellmark Blue Cross and Blue Shield

RaganS@wellmark.com

Phone: 515.376.5046

Wellmark.com

---

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Thursday, December 28, 2023 9:17 AM
**To:** Ragan, Sheri <RaganS@wellmark.com>
**Subject:** [EXTERNAL] Re: Wellmark Employee Benefits

**CAUTION:** External email. Only click on links or open attachments from a trusted source.
Contact CyberResponse to report suspicious activity.

Hello

I wanted to know if you are able to provide summary plan descriptions for Lincoln regarding the fmla and short term disability.

Thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

On Wednesday, December 6, 2023 at 01:21:58 PM CST, Ragan, Sheri <ragans@wellmark.com> wrote: