**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 14973271 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / ● Note Date/Time / Accm. No.

Sec ●

**05/01/2024 11:58 AM - CLAIM Note 63**
Claim/Event/Leave: 14973271
NoteSubject : Closed
Other Subject : DA
Text: [05/01/2024 - LEACH, TORI]CLOSED FOR DATA ENTRY DUE TO INCORRECT SUN LOC CODE - NEW CLAIM# 15682826

**04/25/2024 9:07 AM - CLAIM Note 62**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject : 2ND REQ
Text: [04/25/2024 - COLANERI, CHRISTINE]SENT ANOTHER REQ TO ASM ABOUT LTD CLASS

**04/22/2024 9:32 AM - CLAIM Note 61**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject : CONVERT DEFERRED
Text: [04/22/2024 - COLANERI, CHRISTINE]NEED ASM TO FIX LTD CLASSES, ONCE DONE WE WILL BE ABLE TO CONVERT THE CLAIM.

**04/22/2024 8:57 AM - CLAIM Note 60**
Claim/Event/Leave: 14973271
NoteSubject : Escalation
Other Subject :
Text: [04/22/2024 - DAMSELL, TINA]REASSIGNED TO C COLANERI

**04/19/2024 11:26 AM - CLAIM Note 59**
Claim/Event/Leave: 14973271
NoteSubject : Peer Review
Other Subject : M1 RVW
Text: [04/19/2024 - WYCKOFF, MIRELA]AGREE W/ ESC

**04/15/2024 3:35 PM - CLAIM Note 58**
Claim/Event/Leave: 14973271
NoteSubject : Escalation
Other Subject : SEVERE
Text: [04/15/2024 - LEACH, TORI]STD CURRENTLY APPROVED THRU 5/12 STD MBD 5/12 ERTW: TBD ***LDW: 11/14 ***DOD: 11/15 ***GAP? NONE ***JOB TITLE: CUSTOMER EXPERIENCE ADVOCATE I(SED) ***DIAGNOSIS: CERVICALGIA, HYPERTENSIVE RETINOPATHY, BILATERAL ***RLS: NO USE OF SCREENS UNTIL THE HEADACHE SYNDROME IS CLARIFIED . OVERTURNED IN APPEALS. JD REQUESTED/ AUTH ON FILE

**04/15/2024 3:30 PM - CLAIM Note 57**
Claim/Event/Leave: 14973271
NoteSubject : LTR to ER
Other Subject : EMAIL - JD REQUEST
Text: [04/15/2024 - LEACH, TORI]HELLO, CAN YOU PLEASE SEND ME A COPY OF SHARILYN S JOB DESCRIPTION. THANKS, TORI

**04/15/2024 3:26 PM - CLAIM Note 56**
Claim/Event/Leave: 14973271
NoteSubject : Reopen
Other Subject : APPEAL
Text: [04/15/2024 - LEACH, TORI]PER CLAIM RESOLUTION CONSULTANT - THE APPEAL REVIEW FOR THE ABOVE CLAIM HAS BEEN COMPLETED AND THE ORIGINAL DETERMINATION TO DENY BENEFITS BEYOND 1/15/24 HAS BEEN OVERTURNED.

EXHIBIT 6

FOLLOWING A COMPLETE REVIEW OF THE FILE PERARC, INCLUSIVE OF MULTIPLE REVIEWS COMPLETED, THE RECOMMENDATION TO REINSTATE BENEFITS THROUGH THE STD MBD OF 5/12/24 IS BEING MADE. A REVIEW FOR LTD ELIGIBILITY SHOULD ALSO BE COMPLETED.

**04/15/2024 10:35 AM - CLAIM Note 55**
Claim/Event/Leave: 14973271
NoteSubject : Appeal
Other Subject : OUT
Text: [04/15/2024 - SIX, APRIL]NOTIFICATIONS SENT TO EE W/ CC TO ER AND TO FCO FOR HANDLING.

**04/15/2024 10:12 AM - CLAIM Note 54**
Claim/Event/Leave: 14973271
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [04/15/2024 - SKOGLUND, JENNIFER]REVIEWED AND AGREE WITH OT THROUGH STD MAX BEN DATE AS NOTE GIVEN THE ICP OPHTHALMOLOGY ADDENDUM AND ICP IM REPORT WHICH BOTH CONCLUDED THAT NEAR DAILY HEADACHES DESCRIBED ALONG WITH MULTIPLE PROVIDER ENDORSEMENTS OFTHEIR IMPACT PRECLUDE THE CLAIMANT FROM USING SCREENS UNTIL THE UNDERLYING CAUSE OF THE HEADACHES IS IDENTIFIED AND TREATED. IT IS NOTED IT IS UNCLEAR WHY GIVEN THE HEADACHES/HEADACHE SYNDROME THE CLAIMANT HAS TREATED ONLY ONE TIME WITH A NEUROLOGISTABOUT A YEAR AGO. ANXIETY, ERGONOMIC SET UP OF WORK SPACE SEVERAL SUGGESTIONS HAVE BEEN MADE AS TO THE HEADACHE TRIGGERS THROUGHOUT THE RECORD. IT IS ALSO NOTED THE CLAIMANT WAS COMPLETING ONLINE COURSES THOUGH UNCLEAR IF SHE REMAINS DOING SO OR WHEN SHE SEPARATED FROM CLASS WORK. GIVEN THE RESTRICTIONS OF NO USE OF SCREENS UNTIL THE HEADACHE SYNDROME IS CLARIFIED THIS WOULD PRECLUDE THE CLMT FROM PERFORMING JOB DUTIES.

**04/15/2024 8:55 AM - CLAIM Note 53**
Claim/Event/Leave: 14973271
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/15/2024 - SIX, APRIL]FOLLOWING A COMPLETE REVIEW OF THE FILE ON APPEAL; THE RECOMMENDATION TO REINSTATE BENEFITS IS BEING MADE. EE IS A 38 YO FEMALE WHO WORKED AS A CUSTOMER EXPERIENCE ADVOCATE I FOR WELLMARK, INC. DOD 11/15/23, BENEFITS APPROVED THRU 1/15/24. EE WENT OUT OF WORK D/T THE COMPLAINT OF NECK PAIN AND TREATED WITH HER PCP 12/21/23 WHERE SHE REPORTED NECK AND LEFT SHOULDER PAIN. EE REPORTED PENDING EVALUATIONS WITH BOTH NEURO-OPHTHAL AND SPINE SPECIALIST IN 2024. CONCURRENTLY EE HAS C/O DIZZINESS, HA, EYE STRAIN AND VERTIGO W/ COMPUTER WORK. ON 1/19/24 PCP ORDERED A NECK MRI AT REQUEST OF EE WHICH WAS LATER NOTED TO BE NORMAL. EE WAS SEEN AGAIN 2/6/24 BY PCP FOR PPWK. FOLLOWING THE COMPLETION OF AN INITIAL APPEAL NDCREVIEW AND OPHTHALMOLOGY ICP REVIEW, EE WAS AFFORDED A RTR PERIOD W/ DL 4/4/24. EE SUBSEQUENTLY SUBMITTED ADDT'L MR FROM MULTIPLE PROVIDERS INCLUDING BUT NOT LIMITED TO PCP OVN'S DATING BACK TO 2/2023 FORWARD, 3/14/23 ENT EVAL AND SUBSEQUENT PT EVALUATION, 4/12/23 ENT EVAL, 6/22/23 NEUROLOGY IME, 9/19/23 BRAIN MRI, 1/30/24 C/S MRI, 2/28/24 ENT OVN, AND 3/22/24 ORTHO EVALUATION*************AN ADDENDUM REVIEW WAS COMPLETED BY OPHTHALMOLOGY ICP WHO CONCLUDED THAT THE ADDITIONAL INFORMATION INDICATED THAT EE REPORTED MIGRAINES OR THE AFTER-EFFECTS THEREOF ALMOST DAILY SINCE NOVEMBER 2023. IN ADDITION, SHE HAS MUSCULOSKELETAL PAIN INCLUDING CARPAL TUNNEL SYNDROME, POSSIBLE CUBITAL TUNNEL SYNDROME, LEVATOR SCAPULA SYNDROME AND CERVICAL MUSCLESPASM. FURTHERMORE, SHE HAS BEEN DIAGNOSED WITH CHRONIC OTALGIA (EAR PAIN), POSSIBLE TRIGEMINAL NEURALGIA, ANXIETY, GASTRIC REFLUX, VESTIBULAR DYSFUNCTION AND COMPUTER VISION SYNDROME EXACERBATED BY CONVERGENCE INSUFFICIENCY. THE EE HAS REPORTED FREQUENT MIGRAINE HEADACHES. THERE IS NO WAY TO DOCUMENT OBJECTIVELY HEADACHE SEVERITY. HOWEVER, THE EE'S PROVIDERS SEEM TO UNIFORMLY AGREE THAT THESE HEADACHES WERE EXACERBATED BY SCREEN USE. THEREFORE, IT SEEMS REASONABLE TO RESTRICT THE EE FROM USING SCREENS UNTIL HER UNDERLYING HEADACHE SYNDROME IS CLARIFIED AND TREATED***********AN ICP REVIEW BY INTERNAL MEDICINE WAS ALSO COMPLETED AND CONCLUDED THAT THE AVAILABLE MEDICAL RECORDS REASONABLY SUPPORTED THE IMPAIRING DIAGNOSIS OF HEADACHE ANDIT WAS REASONABLE TO RESTRICT THE EE FROM THE USE OF COMPUTERS FOR 3-4 MONTHS FROM THE DATE OF THIS REPORT WHILE SHE UNDERGOES APPROPRIATE EVALUATION AND GETS APPROPRIATE TREATMENT OF HER HEADACHES. IF THE EE DOES NOT RTW IN THAT TIME, CONSIDERATIONSHOULD BE GIVEN TO THE ADDITIONAL REVIEW OF THIS CLAIM BY A CONSULTANT WITH NEUROLOGIC EXPERTISE*************THEREFORE, ARC IS RECOMMENDING THAT BENEFITS BE REINSTATED THRU STD THE STD MBD OF 5/12/24. A REVIEW FOR LTD ELIGIBLITY SHOULD ALSO BE COMPLETED. FOLLOWING MANAGER REVIEW AND SIGN OFF, NOTIFICATIONS WILL BE SENT AS WARRANTED.

**04/11/2024 10:42 AM - CLAIM Note 52**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/11/2024 - HOFFNER, FAYE]CLAIM FILE FOR DOCUMENTS UP TO 04-10-24,ONLY FOR CLAIM 14973271 SUBMITTED TO PROVIDED EMAIL ERVINSHARILYN2009@YAHOO.COM , BCC CONSULTANT OF SUBMISSION

**04/10/2024 3:41 PM - CLAIM Note 51**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [04/10/2024 - SIX, APRIL]EE REQUESTED SEND THE MOST UP TO DATE CLAIM FILE PER E-MAIL RECV'D 4/10/24. EE REQUESTED STD/LTD POLICIES; COPY OF LTD POLICY (2021-10-28 AMB - WELLMARK, INC.- DISAB POL) INCLUDED WITH COPY REQUEST TO ADMIN FOR PROCESSING TOERVINSHARILYN2009@YAHOO.COM

EXHIBIT 6