Other Subject : OPEN
Text: [12/11/2023 - FULLER, TANYA]38YOF, , PHYSICAL DEMANDS: LIGHT. LDW: 11/14/2023. DOD:11/14/2023. EE IS OOW DUE TO: CERVICALGIA. CO-MORBIDS: . LOV: 10/18/2023. NOV: 1/1/2024. PLEASE PROVIDE R&LS BASED ON THE MEDICAL EVIDENCE IN FILE. INCLUDE THE DURATION OF ANY SUPPORTED RESTRICTIONS, OUTLINE NEXT FOLLOW UP ACTIVITY AND ACTION PLAN.

**12/11/2023 12:14 PM - CLAIM Note 9**
Claim/Event/Leave: 14973271
NoteSubject : LTR to AP
Other Subject :
Text: [12/11/2023 - FULLER, TANYA] SENT LETTER REQUEST-PROVIDER-FREEFORM TO CHUBB INSURANCE VIA FAX AT 8006641765.

**12/11/2023 12:11 PM - PHONE Note 6**
Claim/Event/Leave: 14973271
NoteSubject : Other Called
Other Subject :
Text: [12/11/2023 - FULLER, TANYA]ROSA FROM CHUBB INSURANCE LVM 12/6/23. WOULD LIKE REQUEST SENT TO EMAIL OR FAX - EMAIL: RCERNA@CHUBB.COM OR 1800-664-1765. CLAIM 076923009972.

**12/05/2023 12:56 PM - PHONE Note 5**
Claim/Event/Leave: 14973271
NoteSubject : Called Other
Other Subject :
Text: [12/05/2023 - FULLER, TANYA]CALLED MICHAEL SUTTON WITH CHUBB REGARDING WORKERS COMPENSATION CLAIM. - LVM REQUESTING CB TO VERIFY DATE WC PAID THROUGH

**12/05/2023 10:28 AM - PHONE Note 4**
Claim/Event/Leave: 14973271
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [12/05/2023 - FULLER, TANYA]VALIDATED EE AND ER INFO --- CALLED EE FOR II --- 38 YO FEMALE --- JOB TITLE: CUSTOMER SERVICE ADVOCATE --- SEDENTARY JOB --- EE PRIMARY JOB DUTIES: SCHED: 830-5 M-F --- LDW: 11/14/23 --- DOD: 11/15/23 --- DISABILITY IS NOT WORK RELATED --- PRIMARY DX: NECK PAIN --- CO-MORBIDS: NONE --- LOV: 10/18/23 --- NOV: WORKING ON SCHED --- ERTW: EE TERMED AS OF 12/1 --- EE TREATED BY: PCP: DAWN SCHISSEL 515-471-1800 --- TREATMENT PLAN INCLUDES: PHYSICAL THERAPY HAS SEEMED TO MAKE SITUATION WORSE. WAITING TO SEE PCP TO DETERMINE TX PLAN. --- ADDITIONAL NOTES: 10/18 APPT WAS WITH WC AP. EE REPORTS SHE WAS GOING TO PHYSICAL THERAPY. EE NOW NEEDS TO WORK ON GETTING TX ON HER OWN. EE HAD APPT LAST WEEK WITH PCP BUT HAD TO CANCEL DUE TO BEING ILL. EE REPORTS EMPLOYMENT WAS TERMINATED 12/1/23. EE REPORTS SHE WAS BEEN DEALING WITH NECK PAIN SINCE 2/10/23. WAS SEEING PCP AND WC SENT EE TO PT IN SEPTEMBER. EE STATES SHE WAS STILL HAVING SAME ISSUES ONGOING AFTER 10/18 AND FILED FOR STD DUE TO NOT BEING ABLE TO GO TO WORK FOR CHRONIC PAIN. CURRENTLY LOOKING FOR EMPLOYMENT BUT WILL NEED TO WORK ON THIS WITH AP DUE TO MEDICAL ISSUES. - WC: EE REPORTS LETTER INDICATED PAYMENT WOULD BE THROUGH 11/27, HOWEVER, EE RTW 11/6 ANDBENEFIT PAYMENTS STOPPED. --- EXPLAINED EP, BENEFITS, APPLICABLE COMPANION PRODUCTS, PAYMENT/OFFSETS, AND/OR PROVIDED NEXT STEPS TO EE

**12/05/2023 6:36 AM - CLAIM Note 8**
Claim/Event/Leave: 14973271
NoteSubject : Reopen
Other Subject : ADDITIONAL INFO
Text: [12/05/2023 - FULLER, TANYA]DCM RECOMMENDS REOPEN CLAIM AS OF CLOSED DAT EDUE TO ADDITIONAL INFO RECD SHOWING DISCONTINUATION OF WC BENEFITS AFTER 30 DAYS. REOPEN CLAIM AND PLACE ON N&P FOR MEDICAL FROM ALL TX PROVIDERS 10/1-THE PRESENT

**12/04/2023 3:26 PM - PHONE Note 3**
Claim/Event/Leave: 14973271
NoteSubject : EE Called
Other Subject : APPEAL STATUS
Text: [12/04/2023 - MITCHELL, ASIA]EE CALLED. VERIFIED. CLAIM# 14973271 NAME SHARILYN ERVIN DOB 08/18/1985 COMPANY WELLMARK. EE CALLED IN TO GET THE STATUS OF AN APPEAL. I ADVISED EE I COULD TRANSFER TO CM FOR ASSISTANCE. TRANSFER COMPLETE.

**12/03/2023 2:38 PM - CLAIM Note 7**
Claim/Event/Leave: 14973271
NoteSubject : Med Records Rcvd
Other Subject : WC INFO
Text: [12/03/2023 - STEVENS, PATRICK]RCVD LETTER DATED 10/26 INDICATING WC DOES NOT FEEL CONDITION IS WORK RELATED. NOTE INDICATES FURTHER BENEFITS BEING DENIED AFTER 30 DAYS DETAILED IN SEPARATE AUXIER LETTER. MD REC FROM 10/18 OVN WITH AP CHEN ATTACHED

**11/28/2023 12:19 PM - PHONE Note 2**
Claim/Event/Leave: 14973271
NoteSubject : EE Called
Other Subject :
Text: [11/28/2023 - FULLER, TANYA]EE CALLED TO DETERMINE WHAT ELSE WOULD BE NEEDED FOR HER CLAIM. STATES

EXHIBIT 7