**01/02/2024 11:22 AM - PHONE Note 17**
Claim/Event/Leave: 14973271
NoteSubject : AP Called
Other Subject :
Text: [01/02/2024 - FULLER, TANYA]PT LVM REGARDING MEDICAL REC REQUEST FROM 11/1. EE HAS NOT BEEN SEEN SINCE 10/4. PT WILL BE CLOSING PERMANENTLY 12/29

**01/02/2024 8:03 AM - CLAIM Note 23**
Claim/Event/Leave: 14973271
NoteSubject : Med Records Rcvd
Other Subject : SCHISSEL
Text: [01/02/2024 - FULLER, TANYA]12/21 OVN WITH AP SCHISSEL FAMILY MED RECD. DX: SYSTEMIC HYPERTENSION, CERVICOTHORACIC RADICULOPATHY. F/U ONE MONTH.

**01/02/2024 8:02 AM - CLAIM Note 22**
Claim/Event/Leave: 14973271
NoteSubject : Med Records Rcvd
Other Subject : LOCK
Text: [01/02/2024 - FULLER, TANYA]10/31 OV W/ AP LOCK DX: PRESBYOPIA, CONVERGENCE INSUFFICIENCY, HEADACHE - SUGGESTED VISION THERAPY AND VISIT WITH DR JOSH MADSE NEUROLOGY.

**12/29/2023 1:40 PM - PHONE Note 16**
Claim/Event/Leave: 14973271
NoteSubject : Called EE
Other Subject : TX CALL
Text: [12/29/2023 - LEACH, TORI]DCM TX ESCALATED CALL - EE SATED NOT SEEING AP CHEN - NOW SEEING DR. LOCK FOR EYES- EE TO BEEN SEEN AT UIOWA ON 2/21 FOR EYES AND THERAPY WITH DR. MADSEN TO START IN FEB. EE IS CURRENTLY TREATING FOR NECK PAIN, REFERRED FORMRI AND REFERRED TO SPINE SPECIALIST, APPT ON 1/15. DCM EXPLAINED LACK IN SUPPORT DUE TO EYE CONDITION DUE TO GAP IN CARE - HOWEVER, CLAIM CAN BE SUPPORTED DUE TO NECK PAIN AND ESCALATION OF CARE - DCM TO F/U AFTER APT ON 1/15 - NFQ

**12/29/2023 1:33 PM - CLAIM Note 21**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject : SAL/CALC
Text: [12/29/2023 - LEACH, TORI]43238.83 / 52 = 831.52[12/29/2023 - LEACH, TORI]43238.83 / 26 = 1663.03

**12/29/2023 1:32 PM - CLAIM Note 20**
Claim/Event/Leave: 14973271
NoteSubject : Other
Other Subject :
Text: [12/29/2023 - LEACH, TORI]F/U W/ EE ON 1/16 TO CONFIRM ONGOING TX PLAN & OBTAIN UPDATED MEDICAL RECORDS

**12/29/2023 1:30 PM - CLAIM Note 19**
Claim/Event/Leave: 14973271
NoteSubject : Approved
Other Subject : 1/15
Text: [12/29/2023 - LEACH, TORI]***LDW: 11/14 ***DOD: 11/15 ***GAP: NONE ***JOB TITLE: CUSTOMER EXPERIENCE ADVOCATE I ***PHYSICAL DEMANDS: LIGHT ***DIAGNOSIS: CERVICALGIA *** WHEN DID SYMPTOMS START: 11/2022 ***NOV/PROVIDER: 1/15 SPINE CENTER , 2/21 DR. MADSEN ***NEW PRESCRIPTIONS MECLIZINE HCL 25MG 1 TAB EVERY 6 MINS ***ERTW: 5/1/24 ***ANY OFFSETS / STAT? YES ***CONCLUSION/BASIS: WITH CX OF DX AND ESCALATION OF CARE, DCM FINDS IT REASONABLE TO APPROVE THROUGH NOV 1/15 ***RECOMMEND APPROVAL THRU: 1/15 ***ACTION PLAN: F/U W/ EE ON 1/16 TO CONFIRM ONGOING TX PLAN & OBTAIN UPDATED MEDICAL RECORDS

**12/28/2023 10:44 AM - PHONE Note 15**
Claim/Event/Leave: 14973271
NoteSubject : EE Called
Other Subject : ESCALATION
Text: [12/28/2023 - TAYLOR, AMBER]VERIFIED EE-SHARILYN ERVIN CLAIM-14973271 DOB-08/18/1985 C/B-5154231809 ER-WELLMARK. EE CALLED AND STATED SHE HAS LEFT MESSAGES FOR ADCM AND M1 AND HAS NOT RCVD A RTC. ADCM NOT AVAILABLE. CC ADVISED EE AN EMAIL WILL BESENT TO M1 AND IF SHE DOES NOT RCV A RTC WITHIN 24 BH TO PLEASE CALL BACK. NFQ. CC THANKED AND PC ENDED.

**12/28/2023 10:16 AM - PHONE Note 14**
Claim/Event/Leave: 14973271
NoteSubject : EE Called
Other Subject : STATUS
Text: [12/28/2023 - ZIL, ASHLEY]EE-SHARILYN ERVIN DOB-08/18/1985 CB#5454231809 CLAIM:14973271 SSN-[redacted] EE CALLED IN ORDER TO HAVE A SUMMARY PLAN CLAIM DESCRIPTION EMAILED TO HER. EE WAS TRANSFERRED TO FCO FOR FURTHER ASSISTANCE

**12/26/2023 1:34 PM - MDS Note**
Claim/Leave: 14973271
Episode #: 2

EXHIBIT 8

LC000009