UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S MOTION TO DISMISS PLAINTIFF SHARILYN ERVIN'S FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wellmark Inc. Group Disability Income Plan ("Wellmark"), hereby moves the Court to dismiss Plaintiff Sharilyn Ervin's ("Plaintiff" or "Ervin") First Amended Complaint against Wellmark with prejudice. In support of this Motion to Dismiss, Wellmark states as follows:

1. On November 4, 2025, Plaintiff filed a Complaint for a Civil Case ("Complaint") against Defendants The National Life Insurance Company ("Lincoln") and Wellmark (collectively, the "Defendants") in this Court. Wellmark was served with the Complaint on January 26, 2026.

2. On February 13, 2026, Wellmark filed its first Motion to Dismiss the Complaint. ECF No. 10.

3. On February 26, 2026, Plaintiff filed her First Amended Complaint following this Court' order granting her leave to do so. *See* ECF Nos. 21, 22.

4. In her First Amended Complaint, Plaintiff brings a single claim against both Defendants: a "CLAIM FOR BENEFITS UNDER THE PLAN – 29 USC 1132(a)(1)(B)(c)."[1] ECF No. 22, p. 6.

5. Within her articulation of Count One of her First Amended Complaint, Plaintiff alleges that she was improperly denied benefits under her long-term disability ("LTD") plan. ECF No. 22, p. 6, ¶¶ 33-36.

6. Plaintiff also states that Wellmark failed to provide short-term disability ("STD") plan documents within 30 days after her December 28, 2023 request for such documents, in violation of 29 U.S.C. section 1132(c)(1). ECF No. 22, p. 6, ¶ 37.

7. Wellmark respectfully requests the Court dismiss the Plaintiff's First Amended Complaint against Wellmark pursuant to Rule 12(b)(6) for failure to state a claim.

8. The LTD plan at issue in this case is a fully-insured plan for which Lincoln maintains complete discretion over the interpretation and application of the plan terms and controls and administers the claim submission, denial, and appeal processes.

9. Further, any benefits paid under the LTD plan at issue are paid out by Lincoln. ECF No. 22, p. 3, ¶ 15.

10. As to the STD documents claim pursued by Plaintiff against Wellmark as set forth in paragraph 37 of her First Amended Complaint, that claim is barred by the applicable two-year statute of limitations.

11. Wellmark submits a Brief in Support of this Motion to Dismiss simultaneously herewith pursuant to Local Rules 7(b)(3) and 7(d), and which is incorporated herein by reference.

---

[1] It warrants noting that 29 U.S.C. 1132(a)(1)(B)(c) does not exist.

12. Wellmark also submits a declaration and copies of the LTD plan documents at issue and incorporates them herein by reference. Specifically, Wellmark provides a copy of Policy GF3-840-435301-02 as well as the Class 2 Certificate associated with that policy.

WHEREFORE, Defendant Wellmark Inc. Group Disability Income Plan requests that the Court grant its Motion to Dismiss with prejudice and for such other relief as the Court deems appropriate and just.

*/s/ Leslie Behaunek*
Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266

*Pro Se Plaintiff*

*/s/ Leslie Behaunek*