UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DECLARATION OF LESLIE C. BEHAUNEK IN SUPPORT OF DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S MOTION TO DISMISS PLAINTIFF SHARILYN ERVIN'S FIRST AMENDED COMPLAINT** |

I, Leslie C. Behaunek, declare and state as follows:

1. I am an attorney with the law firm Nyemaster Goode, P.C., and I am counsel of record for Defendant Wellmark Inc. Group Disability income Plan ("Wellmark") in the above-captioned matter.

2. I make this declaration in support of Wellmark's Motion to Dismiss Plaintiff Sharilyn Ervin's First Amended Complaint.

3. Attached hereto as Exhibit A is a true and accurate copy of Policy GF3-840-435301-02, which is the Long-Term Disability Policy referenced in Plaintiff Sharilyn Ervin's ("Plaintiff") First Amended Complaint.

4. Attached hereto as Exhibit B is a true and accurate copy of the Class 2 Certificate for Policy GF3-840-435301, which applies to Plaintiff based on her job classification at Wellmark, and which sets forth processes that are referenced in Plaintiff's First Amended Complaint.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated March 9, 2026

Leslie C. Behaunek