# RE: [EXTERNAL] re

From: Mommer, Amanda J (mommera@wellmark.com)
To: ervinsharilyn2009@yahoo.com
Date: Wednesday, February 14, 2024 at 03:40 PM CST

Please see the attached.  Your attorney may contact the Wellmark legal team.

Thank you,

**Amanda Mommer**
HR Services Specialist
Wellmark Blue Cross and Blue Shield
MommerA@wellmark.com
Phone: 605-373-7413
Wellmark.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please do not distribute it. Please notify the sender by e-mail at the address shown and delete or destroy the original message and any attachments. Thank you.

ACCESSIBILITY AND NONDISCRIMINATION
Notice of Nondiscrimination | Español | 中文 | TiếngViệt | Hrvatski | Deutsch | اللغة العربية | ລາວ | 한국어 | हिंदी | Français | Pennsylvaanisch Deitsch | ไทย | Tagalog | Русский | नेपाली | አማርኛ | Nasarare | Afaan Oromo | Українськиа | Diné |

California Consumers Privacy Notice

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Wednesday, February 14, 2024 2:52 PM
**To:** Mommer, Amanda J <MommerA@wellmark.com>
**Subject:** [EXTERNAL] re

**CAUTION:** External email. Only click on links or open attachments from a trusted source.
Contact CyberResponse to report suspicious activity.

EXHIBIT 2

I'm in the appeal process with Lincoln Financial group. I was advised today by Lincoln rep you have to provide me with the policy on short term disability- please be advised I need this policy to appeal appropriately. If you will not provide it to me let me know that because I do not want to keep emailing on this issue. Also you can have wellmark attorney reach out to me


## Sharilyn Ervin


## I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

---

spdShortTermDisability.pdf
227.3 KB