UNITED STATES DISTRICT

COURT SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY and THE WELLMARK, INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants | Case No. 4:25-CV-00438-RGE-HCA<br><br><br>PLAINTIFF'S Opposed<br>MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, Sharilyn Ervin, pro se, and for her Motion for Leave to File Second Amended Complaint, states the following:

1. Plaintiff filed her original Complaint on November 4, 2025. Due to the 2025 government shutdown and Plaintiff's *In Forma Pauperis* status, formal service of process was delayed through no fault of the Plaintiff.
2. Since the time of Plaintiff's original filing, additional facts have come to Plaintiff's attention—and have been clarified by Defendants' own legal filings—that require the inclusion of specific allegations regarding document requests and procedural abuse.
3. Plaintiff now seeks to add specific facts regarding a document request sent on February 27, ~~2023~~ 2024, as well as the "circular redirection" between Defendants regarding the production of the LTD Master Policy.

4. Justice requires that these additional facts be added to Plaintiff's Complaint to ensure the case is decided on its merits rather than technicalities.
5. Plaintiff is not seeking to amend her Complaint due to undue delay or dilatory motives, as the case remains in its early stages and no Scheduling Order has been entered.
6. The addition of these facts will not unduly prejudice any parties, as they arise from the same core of operative facts already known to the Defendants.
7. Plaintiff is filing simultaneously herewith a Brief in Support of Plaintiff's Motion for Leave to File Second Amended Complaint.

WHEREFORE, Plaintiff respectfully requests the Court grant her Motion for Leave to File Second Amended Complaint in its entirety. As Defendant Wellmark advised they do not consent to this Second Amended Complaint, Plaintiff attempted to meet and confer for a reason however no attempt to do such was made. Plaintiff has met her meet and confer requirements.

*/s/ Sharilyn Ervin* Plaintiff, Pro Se

Sharilyn Ervin

8790 EP True Parkway, #303 West Des Moines, IA 50266

Telephone-515-423-1809 Email- ervinsharilyn2009@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN

Brenda K. Wallrichs AT0008203 118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927 Phone: (319) 365-1184 Fax: (319) 365-1186 E-mail: bwallrichs@lwclawyers.com Iwana Rademaekers 17304 Preston Road, Suite 800 Dallas, Texas 75252 Main: (214) 579-9319 Fax: (469) 444-6456 Email:

iwana@rademaekerslaw.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPA