UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S UNRESISTED MOTION FOR EXTENSION OF ITS DEADLINE TO SUBMIT A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**EXPEDITED RELIEF REQUESTED** |

Defendant Wellmark Inc. Group Disability Income Plan ("Wellmark"), hereby moves the Court for an extension of its deadline to submit a reply in support of its pending Motion to Dismiss Plaintiff Sharilyn Ervin's ("Plaintiff" or "Ervin") First Amended Complaint against Wellmark ("Motion to Dismiss"). In support of this procedural motion, Wellmark states as follows:

1. Plaintiff filed her First Amended Complaint on February 26, 2026. ECF 22.

2. Wellmark filed its Motion to Dismiss the First Amended Complaint on March 9, 2025. ECF 25. Plaintiff resisted on March 23, 2026. ECF 26. Wellmark's reply deadline is March 30, 2026.

3. Plaintiff filed a Motion for Leave to File a Second Amended Complaint on March 25, 2026. ECF 27.

4. The Court has not yet ruled on Plaintiff's Motion for Leave to File a Second Amended Complaint.

5. Due to Plaintiff's filing of the Motion for Leave to File a Second Amended Complaint, Wellmark now seeks an extension of its deadline to submit a reply in support of its Motion to Dismiss the operative complaint up to and including one week following the Court's decision on Plaintiff's motion. If Plaintiff's Motion for Leave to File a Second Amended Complaint is denied, Wellmark will submit its reply in support of its pending Motion to Dismiss. If Plaintiff's Motion for Leave to File a Second Amended Complaint is granted, Wellmark will respond to the Second Amended Complaint. Wellmark does intend to resist Plaintiff's Motion for Leave to File a Second Amended Complaint.

6. This proposal will avoid the need for Wellmark to both file a reply in support of its pending Motion to Dismiss the current operative complaint, and then potentially address a Second Amended Complaint if the Court grants Plaintiff's Motion for Leave to File a Second Amended Complaint.

7. Counsel for Wellmark has conferred in good faith with Plaintiff regarding this request. Plaintiff stated she does not oppose the motion. The Lincoln National Life Insurance Company likewise does not oppose this motion.

8. This deadline has not been extended previously.

9. There are no other existing Court-imposed deadlines in this case, other than the deadline to respond to Plaintiff's Motion for Leave to file a Second Amended Complaint, as no Scheduling Order has been filed.

10. No pretrial conference or trial has been scheduled.

11. Because Plaintiff's Motion for Leave to File a Second Amended Complaint is pending before the Court, Wellmark requests the Court extend its deadline to submit a reply in support of its pending Motion to Dismiss the operative complaint up to and including one week

following the Court's decision on Plaintiff's Motion for Leave to File a Second Amended Complaint.

12. Wellmark is requesting expedited relief because the current deadline to submit a reply brief is on March 30, 2026, and because this motion is unresisted.

WHEREFORE, Defendant Wellmark Inc. Group Disability Income Plan respectfully requests the Court extend its deadline to file a reply in support of its pending Motion to Dismiss the operative First Amended Complaint up to and including one week following the Court's decision on Plaintiff's Motion for Leave to File a Second Amended Complaint, and grant any further relief the Court deems proper.

*/s/ Leslie Behaunek*
Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266

*Pro Se Plaintiff*

*/s/ Leslie Behaunek*