UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>Vs<br><br>THE LINCOLNNATIONAL LIFE INSURANCE COMPANY AND WELLMARKINC. GROUP DISABILITY INCOMEPLAN,<br><br>**WELLMARK, INC. (d/b/a Wellmark Blue Cross and Blue Shield of Iowa); and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN** | Case No. 4:25-CV-00438-RGE-HCA4<br><br>**Motion to Withdraw and File a Superseding Amended Complaint**<br><br>" |

Plaintiff's Motion to Withdraw ECF 27 and File Superseding Second Amended Complaint.

- Procedural History: Plaintiff filed a Motion for Leave to Amend (ECF 27) on March 25, 2026.
- Request to Withdraw: Plaintiff respectfully moves to withdraw ECF 27 in its entirety to prevent docket confusion.

- Superseding Request: Plaintiff moves for leave to file a Superseding Second Amended Complaint to include Wellmark, Inc. as a defendant.
- Basis for Amendment: This request is based on newly discovered evidence—a Form 5500 filed with the DOL—identifying Wellmark, Inc. (EIN 42-0318333) as the Plan Sponsor and Plan Administrator.
- Meet and Confer: Plaintiff attempted to meet and confer on March 24, 2024, regarding the basis for Defendants' opposition, but received no substantive response other than they will not consent.

/s/ Sharilyn Ervin

/s/ Sharilyn Ervin 8790 EP True Parkway, #303 West Des Moines, IA 50266 Telephone-515-423 1809 Email- ervinsharilyn2009@yahoo.com Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN

Brenda K. Wallrichs AT0008203 118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927 Phone: (319) 365-1184 Fax: (319) 365-1186 E-mail: bwallrichs@lwclawyers.com Iwana Rademaekers 17304 Preston Road, Suite 800 Dallas, Texas 75252 Main: (214) 579-9319 Fax: (469) 444-6456 Email: 3 iwana@rademaekerslaw.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY