UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>Vs<br><br>THE LINCOLNNATIONAL LIFE INSURANCE COMPANY AND WELLMARKINC. GROUP DISABILITY INCOMEPLAN,<br><br>**WELLMARK, INC. (d/b/a Wellmark Blue Cross and Blue Shield of Iowa); and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN** | Case No. 4:25-CV-00438-RGE-HCA4<br><br>**Supplement to Motion for Leave to File Second Amended Complaint** |

PLAINTIFF'S MOTION FOR LEAVE to Supplement to Motion for Leave to File Second Amended Complaint **Plaintiff hereby supplements her pending Motion for Leave (Doc. 27) to include Wellmark, Inc. to include Wellmark, Inc. and the Wellmark, Inc. Welfare Benefit Wrap-Around Plan as a defendant based on newly discovered evidence. See 8-11 and Exhibit Form 5500**

COMES NOW the Plaintiff, Sharilyn Ervin, pro se, and for her Motion for Leave to File Second Amended Complaint, states the following:

1. Plaintiff filed her original Complaint on November 4, 2025. Due to the 2025 government shutdown and Plaintiff's In Forma Pauperis status, formal service of process was delayed through no fault of the Plaintiff.

2. Since the time of Plaintiff’s original filing, additional facts have come to Plaintiff’s attention—and have been clarified by Defendants' own legal filings—that require the inclusion of specific allegations regarding document requests and procedural abuse.

3. Plaintiff now seeks to add specific facts regarding a document request sent on February 2024 [redacted], as well as the "circular redirection" between Defendants regarding the production of the LTD Master Policy. 1

4. Justice requires that these additional facts be added to Plaintiff’s Complaint to ensure the case is decided on its merits rather than technicalities.

5. Plaintiff is not seeking to amend her Complaint due to undue delay or dilatory motives, as the case remains in its early stages and no Scheduling Order has been entered.

6. The addition of these facts will not unduly prejudice any parties, as they arise from the same core of operative facts already known to the Defendants.

7. Plaintiff is filing simultaneously herewith a Brief in Support of Plaintiff’s Motion for Leave to File Second Amended Complaint.

**8. Plaintiff filed Motion for leave to file Second Amended Complaint on March 25,2026 DOC. 27**

**9. Plaintiff further seeks to add Wellmark, Inc. as a defendant. Based on the additional facts and circular redirections described in Paragraphs 2 and 3, Plaintiff has identified Wellmark, Inc. as a necessary party to this action.**

**10. Newly discovered evidence, specifically the 2024 Form 5500 filed with the Department of Labor, confirms that Wellmark, Inc. (EIN 42-0318333) is the designated Plan Sponsor and Plan Administrator for the benefit plan at issue (pp. 1-2). As the Administrator, Wellmark, Inc. has a statutory duty to provide plan documents, and their inclusion is necessary to resolve Plaintiff's claims regarding the withholding of the LTD Master Policy**

**11. Plaintiff attempts to meet and confer have been ignored despite Plaintiff agreeing to consent to Defendants Wellmark request for extensions.**

WHEREFORE, Plaintiff respectfully requests the Court grant her Motion for Leave to File Supplement Second Amended Complaint in its entirety. As Defendant Wellmark advised they do not consent to this Second Amended Complaint, Plaintiff attempted to meet and confer for a reason however no attempt to do such was made. Plaintiff has met her meet and confer requirements.

/s/ Sharilyn Ervin

/s/ Sharilyn Ervin 8790 EP True Parkway, #303 West Des Moines, IA 50266 Telephone-515-423 1809 Email- ervinsharilyn2009@yahoo.com Pro Se Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 28, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN

Brenda K. Wallrichs AT0008203 118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927 Phone: (319) 365-1184 Fax: (319) 365-1186 E-mail: bwallrichs@lwclawyers.com Iwana Rademaekers 17304 Preston Road, Suite 800 Dallas, Texas 75252 Main: (214) 579-9319 Fax: (469) 444-6456 Email: 3 iwana@rademaekerslaw.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPA