Re: Notice

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: lcbehaunek@nyemaster.com

Cc: bwallrichs@lwclawyers.com; iwana@rademaekerslaw.com; bpr@nyemaster.com

Date: Tuesday, March 24, 2026 at 01:51 PM CDT

Leslie,

I received your email that your client does not consent.

To ensure a complete meet and confer process for the record, could you briefly share whether the objection is based on procedural grounds, alleged futility, or prejudice? Since we do not yet have a Rule 16 scheduling order in place and the other defendant not sure if they are opposing, I am hopeful we can reach an agreement without involving the Judge.

In the interest of justice and judicial economy, the court should allow this amendment to ensure the case is decided on its merits rather than on technicalities, particularly given the unique procedural delays caused by the recent federal government shutdown as it is my understanding your client should have been served in 2025 and I had no control over the courts issuing service and due to my filing status (IFP application) there was a lengthy delay.

I am happy to discuss this via email or a quick call.

Thanks.

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

> On Tuesday, March 24, 2026 at 09:00:30 AM CDT, Leslie C. Behaunek <lcbehaunek@nyemaster.com> wrote:
>
> Ms. Ervin,
>
> Good morning. My client does not consent to your proposed motion for leave to file another complaint.
>
> Thanks,
> Leslie

EXHIBIT A

**LESLIE BEHAUNEK | NYEMASTER GOODE, P.C.**
**Shareholder Attorney**
700 Walnut Street, Suite 1300, Des Moines, IA 50309-3899
lcbehaunek@nyemaster.com | **T** (515) 283-8187 | **F** (515) 283-3108

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Date:** March 23, 2026 at 5:19:06 PM CDT
**To:** bwallrichs@lwclawyers.com <bwallrichs@lwclawyers.com>, Leslie C. Behaunek <lcbehaunek@nyemaster.com>, iwana@rademaekerslaw.com <iwana@rademaekerslaw.com>, Benjamin P. Roach <bpr@nyemaster.com>
**Subject:** Re: Notice

**Warning –** This message was sent from outside the firm ervinsharilyn2009@yahoo.com.
Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

---

Counsel, sent via email 3/23/26

Pursuant to Local Rule 7.1, I am writing to meet and confer regarding my intent to file a Motion for Leave to Amend the Complaint once more to clarify the dates prior to any further statutes/limitations in policies withheld from me. Please let me know by 3/24/2026 by 2:00 pm central time if your respective clients consent to this amendment or if you intend to oppose the motion. If I do not hear from you by then, I will proceed with filing the motion on 3/27

Thank you

Sharilyn Ervin
I am a Spirit
John 4:24
*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth.”*

On Tuesday, February 24, 2026 at 03:54:16 PM CST, Sharilyn Ervin <ervinsharilyn2009@yahoo.com> wrote:

Counsel,

Pursuant to Local Rule 7.1, I am writing to meet and confer regarding my intent to file a Motion for Leave to Amend the Complaint. The amendment addresses technical deficiencies raised in the pending Motion to Dismiss and incorporates newly discovered evidence regarding Wellmark's internal policies.
Please let me know by 2/25/2026 by 2:00 pm central time if your respective clients consent to this amendment or if you intend to oppose the motion. If I do not hear from you by then, I will proceed with filing the motion on 2/25/2026.

Thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*