# STATUTORY DOCUMENT DEMAND: FINAL NOTICE

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)
To: lcbehaunek@nyemaster.com; bpr@nyemaster.com
Date: Thursday, March 26, 2026 at 01:25 PM CDT

---

DATE: March 26, 2026

RE: Outstanding ERISA § 104(b)(4) Requests; *Ervin v. Lincoln National Life, et al.*

Counsel,

I am writing to formally inquire if the Defendants intend to fulfill my statutory document requests dated February 27, 2024:

-a copy of the latest updated summary plan description, -and the latest annual report, -any terminal report, -the bargaining agreement, -trust agreement, -contract, or other instruments under which the plan is established or operated

On March 9, 2026, Ms. Behaunek filed a Declaration attaching a 50-page Master Policy and Class 2 Certificate. This filing confirms that these governing instruments were in the Defendants' possession throughout this litigation, despite prior claims that it was "not our practice" to provide them.

To date, I have still not personally received the following items mandated by ERISA § 104(b)(4):

- The full, unredacted Master Policy and all Certificates (not merely as litigation exhibits).
- The latest Annual Report (Form 5500).
- The Trust Agreement or other instruments under which the plan is operated.
- all governing polices

Please advise by end of business tomorrow if you intend to furnish these documents. If not, I will notify the Court that the Defendants are maintaining their refusal to comply with federal disclosure mandates, and the statutory penalty of $110 per day continues to accrue.

Best Regards,

Sharilyn Ervin
I am a Spirit
John 4:24
*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

---

EXHIBIT B