Re: Case 4:25-cv-00438-RGE-HCA Ervin v. Lincoln National Life Insurance Company et al - intention to file motion for extension

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: lcbehaunek@nyemaster.com; iwana@rademaekerslaw.com

Cc: bwallrichs@lwclawyers.com; bpr@nyemaster.com

Date: Wednesday, March 25, 2026 at 06:36 PM CDT

Ms. Behaunek,

While I am disappointed by the lack of responsiveness to my inquiries—which has hindered a meaningful meet-and-confer process as to why your client opposed to my second amended complaint—I will not oppose Wellmark's request for an extension at this time.

I am providing this consent to avoid unnecessary motion practice and move this case forward. I expect the same professional courtesy regarding future procedural matters.

Regards, Sharilyn

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

On Wednesday, March 25, 2026 at 05:11:13 PM CDT, Iwana Rademaekers <iwana@rademaekerslaw.com> wrote:

Lincoln does not oppose the extension of the reply deadline.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT.*

EXHIBIT D

*PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

On Mar 25, 2026, at 4:16 PM, Leslie C. Behaunek <lcbehaunek@nyemaster.com> wrote:

Ms. Ervin, Ms. Rademaekers, and Ms. Wallrichs,

My client intends to seek an extension of its deadline to submit a reply in support of its pending motion to dismiss until one week after the court has ruled on the motion to amend/correct that Ms. Ervin filed today.

Please let me know if I can note your consent to this procedural motion. I plan to file the motion tomorrow afternoon, so I would appreciate confirmation as to your stance on this motion by noon on 3/26/2026.

Thanks,
Leslie

<Nyemaster_Logo_ea2b11c5-1aed-4872-be23-8fa7dc10efa8.png>

**LESLIE BEHAUNEK | NYEMASTER GOODE, P.C.**
**Shareholder Attorney**
700 Walnut Street, Suite 1300, Des Moines, IA 50309-3899
lcbehaunek@nyemaster.com | **T** (515) 283-8187 | **F** (515) 283-3108

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.