UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**WELLMARK INC. GROUP DISABILITY INCOME PLAN'S NOTICE REGARDING PLAINTIFF SHARILYN ERVIN'S MOTION TO WITHDRAW HER ECF NO. 27 DOCKET ENTRIES** |

Defendant Wellmark Inc. Group Disability Income Plan ("Wellmark"), by its undersigned counsel, hereby submits this Notice regarding Plaintiff Sharilyn Ervin's ("Plaintiff") Motion to Withdraw [ECF No. 30] her docket entries filed at ECF No. 27.

1. On February 26, 2026, Plaintiff filed her First Amended Complaint against Lincoln and Wellmark (collectively, the "Defendants") in this Court.

2. On March 25, 2026, Plaintiff filed a Motion for Leave to File Second Amended Complaint, which was not consented to by the Defendants. *See* ECF No. 27. The proposed Second Amended Complaint was filed at the same time. *See* ECF No. 27-2.

3. Wellmark's deadline to respond to Plaintiff's March 25 motion is April 8, 2026.

4. On March 28, 2026, Plaintiff filed a Motion to Withdraw and File a Superseding Amended Complaint wherein she requested to withdraw her motion at ECF No. 27 and the filings provided therewith "in its entirety to prevent docket confusion" and filed another document entitled "Second Amended Complaint" provided therewith. *See* ECF Nos. 30, 30-3.

5. Wellmark's response deadline to Plaintiff's March 28 motion is April 13, 2026.

6. Wellmark consents to Plaintiff's request to withdraw her docket entries filed at ECF No. 27, or to treat them as mooted by her filings on March 28, 2026.

7. Wellmark does not consent to the remainder of Plaintiff's requests set forth in her docket entries filed on March 28, 2026. *See* ECF No. 30 and all supporting filings therewith. Wellmark will submit a resistance to the remainder of Plaintiff's March 28 filings on or before April 13, 2026.

WHEREFORE, Defendant Wellmark Inc. Group Disability Income Plan provides this Notice that it consents to Plaintiff's request to withdraw her docket entries filed at ECF No. 27 (or treat them as mooted by virtue of her filing at ECF No. 30) and will submit a resistance to the remainder of Plaintiff's request for relief set forth in her docket entries at ECF No. 30 on or before April 13, 2026.

*/s/ Leslie Behaunek*
Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266

*Pro Se Plaintiff*

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Facsimile: (469-444-6456
Email: iwana@rademaekerslaw.com
*Admitted Pro Hac Vice*

And

Brenda K. Wallrichs
Lederer Weston Craig PLC
118 Third Avenue SE, Suite 700
PO Box 1927
Cedar Rapids, IA 52406-1927
Telephone: (319) 365-1184
Facsimile: (319) 365-1186
Email: bwallrichs@lwclawyers.com

**ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

*/s/ Leslie Behaunek*