**From:** Stephanie L. Marett
**To:** Nick Cooling
**Cc:** Crystal Geary
**Subject:** FW: [EXTERNAL] Request: Sharilyn Ervin
**Date:** Tuesday, December 5, 2023 11:58:14 AM

---

Nick,

I am forwarding an email that your client sent to the adjuster today. Please clarify what information is needed (i.e. payment history or an actual letter) and for what date of injury and I will work with my clients to provide you with that information. Also, please let your client know that all communications should be coming from you in regards to this matter. Thank you.

**Stephanie L. Marett**
Attorney / Shareholder

T: (515) 283-3179
F: (515) 283-8045
E: slm@nyemaster.com

700 Walnut Street, Suite 1600
Des Moines, IA 50309
www.nyemaster.com

---

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Tuesday, December 5, 2023 11:29 AM
**To:** Cerna, Rosa M <rcerna@chubb.com>
**Subject:** [EXTERNAL] Request

I need a letter of last payment that was recieved for disabilities payments.

The letter or statement should state last payment date.

Thank you

Sharilyn Ervin
I am a Spirit
John 4:24
*God is Spirit, and those who worship Him must worship in spirit and truth.”*

---

**Exhibit D**

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**Exhibit D**