**From:** Stephanie L. Marett
**To:** Nick Cooling
**Subject:** Sharilyn Ervin
**Date:** Monday, February 12, 2024 12:59:07 PM

Nick,

Please remind your client that all communications regarding her work comp claims need to come through you as she is still contacting Wellmark. Also, Wellmark has still not received her equipment back. If she has a lifting restriction, can she have someone assist her in putting the boxes in her vehicle? If I am provided the date and time she will be returning the items, I will let Wellmark know so they can have someone available to assist with unloading the boxes at their office. Thanks.

**Stephanie L. Marett**
Attorney / Shareholder

T: (515) 283-3179
F: (515) 283-8045
E: slm@nyemaster.com

700 Walnut Street, Suite 1600
Des Moines, IA 50309
www.nyemaster.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 *et seq.*, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**Exhibit E**