[redacted]

Exhibit F

[redacted]

From: Sharilyn Ervin <ervinsharilyn2009@yahoo.com<mailto:ervinsharilyn2009@yahoo.com>>
Sent: Tuesday, April 9, 2024 7:20 PM
To: HRSolutions <H2@wellmark.com<mailto:H2@wellmark.com>>; DisabilityDocuments
<disabilitydocuments@lfg.com<mailto:disabilitydocuments@lfg.com>>
Subject: [EXTERNAL] RE Claim No. 14973271 Sharilyn Ervin

CAUTION: External email. Only click on links or open attachments from a trusted source. Contact CyberResponse<mailto:CyberResponse@Wellmark.com> to report suspicious activity.

Claim No. 14973271 Sharilyn Ervin
Please provide long term disability policy

Sharilyn Ervin
I am a Spirit
John 4:24
God is Spirit, and those who worship Him must worship in spirit and truth."

[redacted]

**Exhibit F**

[redacted]

Exhibit F