UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DECLARATION OF LESLIE C. BEHAUNEK IN SUPPORT OF DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S RESISTANCE TO PLAINTIFF'S MOTION TO FILE A SUPERSEDING AMENDED COMPLAINT [ECF NO. 30]** |

I, Leslie C. Behaunek, declare and state as follows:

1. I am an attorney with the law firm Nyemaster Goode, P.C., and I am counsel of record for Defendant Wellmark Inc. Group Disability income Plan ("Wellmark") in the above-captioned matter. This declaration is based on my personal knowledge and my review of Nyemaster's business records.

2. I make this declaration in support of Wellmark's Resistance to Plaintiff Sharilyn Ervin's ("Plaintiff") Motion to File a Superseding Amended Complaint [ECF No. 30].

3. Attached hereto as Exhibit D is a true and accurate copy of correspondence sent by outside counsel for Wellmark, Stephanie Marett, to then-counsel for Plaintiff in relation to her workers' compensation process, Nick Cooling, wherein Ms. Marett asked Mr. Cooling to let Plaintiff know that all communications should be coming from him in regards to that matter.

4. Attached hereto as Exhibit E is a true and accurate copy of correspondence sent by Ms. Marett to Mr. Cooling wherein Ms. Marett asked him to remind Plaintiff that all

communications regarding her workers' compensation claims needed to be directed through him rather than contacting Wellmark employees directly.

5. Exhibit G is a true and accurate copy of correspondence send by Ms. Marett to Mr. Cooling wherein Ms. Marett informed Mr. Cooling that Plaintiff had contacted Wellmark again and asked him to remind her to route communications through her attorney. This correspondence also transmitted a copy of the applicable Long-Term Disability Policy, which is included as part of Exhibit G.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated April 10, 2026

Leslie Behaunek

Leslie C. Behaunek