**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY and THE WELLMARK, INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendant. | No. 4:25-cv-00438-RGE-HCA<br><br>**PROPOSED SCHEDULING ORDER** |

---

The parties have conferred and propose the following court filing deadlines for this case:

1. Lincoln National Life Insurance Company's deadline to serve the Administrative Record as a searchable PDF file: May 30, 2026

2. Deadline to exchange initial disclosure: July 1, 2026

3. Deadline to complete conflict of interest discovery: September 30, 2026

4. Administrative Record to be filed under seal: July 14, 2026

5. Plaintiff's opening brief: October 30, 2026

6. Defendants' briefs: November 30, 2026

7. Plaintiff's reply briefs: December 21, 2026

Dated: April 15, 2026

By: *\/s/ Sharilyn Ervin* (with permission)

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266
Telephone-515- 423 1809
Email: ervinsharilyn2009@yahoo.com

PLAINTIFF, PRO SE

**AND**

By: *__/s/ Iwana Rademaekers____________________*

Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

\- And -

**LEDERER WESTON CRAIG PLC**

By: __*/s/ Brenda K. Wallrichs* (with permission)____

Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**AND**

**NYEMASTER GOODE, P.C.**

By: __*/s/ Leslie C. Behaunek* (with permission)_____

Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
700 Walnut Street, Suite 1300

Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
Email: lcbehaunek@nyemaster.com

COUNSEL FOR DEFENDANT WELLMARK, INC. GROUP DISABILITY INCOME PLAN