## Wellmark Legal Team-You are on Notice

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: hrsolutions@wellmark.com; tori.leach@lfg.com; mommera@wellmark.com

Date: Tuesday, February 27, 2024 at 01:08 PM CST

---

Per 29 U.S.C- That law is 29 U.S.C. § 1024(b)(4). It says: The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

I am requesting.
-a copy of the latest updated summary plan description,
-and the latest annual report,
-any terminal report,
-the bargaining agreement,
-trust agreement,
-contract,
or other instruments under which the plan is established or operated.
***from the date of claims filed

Wellmark previously failed follow federal law- to provide policy from initial request in December, 2023

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

Please provide no later than 03/27/2024- 30 days from today

thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

EXHIBIT A