Lincoln Financial[SM]

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 5, 2025

Sharilyn M. Ervin
8790 EP TRUE PARKWAY
UNIT 303
WEST DES MOINES, IA 50266

RE: Long Term Disability (LTD) Benefits
Wellmark, Inc.
Claim #: 15665514

Dear Sharilyn:

We are writing to acknowledge receipt of additional email correspondence received from you from August 29, 2025 – September 05, 2025. Due to the volume and frequency of your email correspondence to this office, our responses to you will be limited to no more than once per week.

We have previously addressed questions regarding your job description and the material and substantial duties required of your occupation as performed within the national economy and will not be providing further comment at this time.

We have previously addressed the appeal decision deadline which takes into consideration tolling for the period of July 09, 2025 to August 18, 2025 during which time the period for making a benefit determination was suspended to allow you time to submit a response/additional information in connection with the clinical and vocational reviews that were completed in connection with your appeal and we will not be providing further comment at this time.

It is common practice to consult with an independent external physician to review a patient's records as documented by your treating medical providers to gain a better understanding of your treatment and condition. As you are aware, Lincoln utilized the services of Dane Street, one of our third party vendors to assist in this process. Lincoln relies on these vendors to identify and provide qualified medical professionals based on the medical conditions to be addressed. We have previously provided you with a copy of the CVs for the physicians that reviewed your claim in connection with your appeal request. Lincoln does not have the NPI numbers for the doctors that reviewed your claim, however, you may be able to obtain this information via the NPI Registry online. In regard to your request for information regarding the number of times each doctor has performed reviews for Dane Street and Lincoln, the total number of times Lincoln has hired Dane Street, and the total dollar amount paid to Dane Street by Lincoln, Lincoln disagrees with your interpretation of our disclosure obligations under ERISA and we decline your request for this type of information.

EXHIBIT B

We acknowledge your assertion that Lincoln is in violation of ERISA regarding receipt of the Summary Plan Documents. Lincoln disagrees with this assertion as Lincoln is not the plan sponsor, Wellmark Inc. is the plan sponsor and should be providing this information as they administer the plan. Lincoln is the claim administrator.

Your file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment following the receipt of additional records received from you on August 18, 2025, August 29, 2025, and September 02, 2025. We expect to have a response to our medical referral within the next 10-15 business days. If there is a delay beyond this time period, we will provide you with a status.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya V.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401