# Re: Wellmark Employee Benefits

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: RaganS@wellmark.com

Date: Friday, December 29, 2023 at 08:56 AM CST

Thank you, I have an open appeal with Lincoln and have called for weeks to get questions answered, If I continue to be unsuccessful I will retain a disability attorney.

Again thanks for your help.

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

> On Friday, December 29, 2023 at 07:57:40 AM CST, Ragan, Sheri <ragans@wellmark.com> wrote:
>
> Sharilyn,
>
> Unfortunately, I will not be able to send you those documents. It is not our practice to send internal Wellmark documents to requests that are made outside of Wellmark.
>
> **Sheri Ragan**
>
> Human Resources Benefit Analyst
>
> Wellmark Blue Cross and Blue Shield
>
> RaganS@wellmark.com
>
> Phone: 515.376.5046

EXHIBIT 3

Wellmark.com

---

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Thursday, December 28, 2023 9:17 AM
**To:** Ragan, Sheri <RaganS@wellmark.com>
**Subject:** [EXTERNAL] Re: Wellmark Employee Benefits

**CAUTION:** External email. Only click on links or open attachments from a trusted source.
Contact CyberResponse to report suspicious activity.

Hello

I wanted to know if you are able to provide summary plan descriptions for Lincoln regarding the fmla and short term disability.

Thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

On Wednesday, December 6, 2023 at 01:21:58 PM CST, Ragan, Sheri <ragans@wellmark.com> wrote: