UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCECOMPANY and THE WELLMARK, INC. GROUP DISABILITY INCOME PLAN,<br>Wellmark Inc<br><br>Defendants | Case No. 4:25-CV-00438-RGE-HCA<br><br><br><br><br><br>Motion for Issuance of Summons and Service by U.S. Marshal |

PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY U.S. MARSHAL

Plaintiff, Sharilyn Ervin, proceeding *pro se*, respectfully moves this Court for an order directing the United States Marshals Service to effectuate service of process upon the newly added Defendant, Wellmark, Inc. In support of this Motion, Plaintiff states:

1. On April 17, 2026, the Court granted Plaintiff's Motion to Amend (ECF No. 35) and docketed Plaintiff's Second Amended Complaint (ECF No. 37).
2. The Second Amended Complaint joins Wellmark, Inc. as a Defendant in this action.
3. Plaintiff is proceeding *in forma pauperis* in this matter (ECF No. 4).
4. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the Court "must" order service by a United States marshal or deputy marshal if the plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.

5. Plaintiff has provided the necessary USM-285 form and Summons for Wellmark, Inc. to the Clerk of Court.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order directing the U.S. Marshals Service to serve the Summons and Second Amended Complaint upon Defendant Wellmark, Inc. at the address provided in the USM-285 form.

Respectfully submitted, /s/ Sharilyn Ervin

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2026, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN

Brenda K. Wallrichs AT0008203 118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927 Phone: (319) 365-1184 Fax: (319) 365-1186 E-mail: bwallrichs@lwclawyers.com Iwana Rademaekers 17304 Preston Road, Suite 800 Dallas, Texas 75252 Main: (214) 579-9319 Fax: (469) 444-6456 Email: iwana@rademaekerslaw.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Sharilyn Ervin 8790 EP True Parkway, #303 West Des Moines, IA 50266 Telephone-515-423-1809 Email- ervinsharilyn2009@yahoo.com Pro Se Plaintiff