IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Sharilyn Ervin<br><br>Plaintiff(s)<br>vs.<br>The Lincoln National Life Insurance Company, Wellmark Inc. Group Disability Income Plan, Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark, Inc. Welfare Benefit Wrap-Around Plan<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 4:25-CV-00438-RGE-HCA<br><br>Corporate Disclosure/ Statement of Interest |

This Corporate Disclosure statement is filed on behalf of Wellmark Inc. Group Disability Income Plan in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☑ The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☐ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

______________________ Relationship ______________________

______________________ Relationship ______________________

☐ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

______________________ Relationship ______________________

______________________ Relationship ______________________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: May 14, 2026

Leslie Behaunek, AT0011563
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309