IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Sharilyn Ervin<br><br>Plaintiff(s)<br>vs.<br>The Lincoln National Life Insurance Company, Wellmark Inc. Group Disability Income Plan, Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark, Inc. Welfare Benefit Wrap-Around Plan<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 4:25-CV-00438-RGE-HCA<br><br>Corporate Disclosure/ Statement of Interest |

This Corporate Disclosure statement is filed on behalf of Wellmark, Inc. Welfare Benefit Wrap-Around Plan in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☑ The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☐ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_______________ Relationship _______________

_______________ Relationship _______________

☐ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_______________ Relationship _______________

_______________ Relationship _______________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: May 14, 2026

Leslie Behaunek, AT0011563
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309