Re: Ervin v. Wellmark et al. - request to withdraw pending discovery requests

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)
To: lcbehaunek@nyemaster.com
Cc: bpr@nyemaster.com
Date: Thursday, May 28, 2026 at 03:25 PM CDT

You can file it today, anytime but I will not withdraw the questions.
Your Initial disclosures are due soon as well, and it appears you agreed to current order.

FYI you have not met and confered with me to show cause for your refusal

Regards

Sharilyn Ervin
I am a Spirit
John 4:24
*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

On Thursday, May 28, 2026 at 03:12:11 PM CDT, Leslie C. Behaunek <lcbehaunek@nyemaster.com> wrote:

Ms. Ervin,

We were surprised to receive your discovery requests given that discovery served on Wellmark was never proposed during our discovery conference in April. We were under the impression the parties were in agreement that only the administrative record, initial disclosures, and narrow conflict of interest discovery was anticipated. Wellmark does not believe discovery outside of the above-listed categories is allowed for or warranted in this case. Further, the discovery you served goes well beyond the narrow claim asserted in this case against Wellmark.

Please withdraw your discovery requests served on May 19, 2026, or Wellmark will be forced to seek assistance from the Court.

We intend to file a motion for protective order tomorrow after 3 p.m. if we do not hear from you due to the short timeframe between now and the deadline to respond to the pending requests.

Thanks,
Leslie

**LESLIE BEHAUNEK | NYEMASTER GOODE, P.C.**
**Shareholder Attorney**
700 Walnut Street, Suite 1300, Des Moines, IA 50309-3899
lcbehaunek@nyemaster.com | **T** (515) 283-8187 | **F** (515) 283-3108

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.