*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

On Apr 14, 2026, at 9:52 AM, Sharilyn Ervin <ervinsharilyn2009@yahoo.com> wrote:

There was a slight typo for the date

I have it set for Wednesday April 15, 2026, at 11 am.

Regards

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

On Tuesday, April 14, 2026 at 09:38:35 AM CDT, Sharilyn Ervin <ervinsharilyn2009@yahoo.com> wrote:

Mr. Roach and Counsel,

That is great you have can participate in the conference I will set the time for 11 am but will be open if this does not work for everyone. I'm requesting discovery on the number of times Lincoln has used this specific Dane Street reviewer and the percentage of times that reviewer has recommended a denial. Under *MetLife v. Glenn*, the court must consider if there is a financial incentive for Dane Street to provide a dishonest report. Under the Supreme Court's ruling in *MetLife v. Glenn*, I am entitled to discovery regarding the Conflict of Interest since Wellmark/Lincoln act as both the evaluator and the payor of claims I would like limited discovery on this as well. Further there are several cases that allow it and I will be requesting discovery in this case. The 8th Circuit allows discovery outside the Administrative Record when a plaintiff shows good cause or evidence of a procedural irregularity.

Ben, it's clear we have a fundamental disagreement on the ESI protocol and the scope of conflict-of-interest discovery. Let's not waste time arguing. We will just list our competing positions in the Joint Report and let the Court resolve the dispute at the scheduling conference.

I will set the time for 11 am 4/14/26 if anyone opposes, I will not know unless that is communicated.
Regards

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

On Tuesday, April 14, 2026 at 08:43:56 AM CDT, Benjamin P. Roach <bpr@nyemaster.com> wrote:

EXHIBIT B