UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND WELLMARK INC. GROUP DISABILITY INCOME PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DECLARATION OF BRYAN O'NEILL IN SUPPORT OF DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN'S RESISTANCE TO PLAINTIFF'S MOTION TO FILE A SUPERSEDING AMENDED COMPLAINT [ECF NO. 30]** |

I, Bryan O'Neill, declare and state as follows:

1. I am an attorney in Wellmark's legal department. The information set forth in this Declaration is based on my personal knowledge and my review of Wellmark's business records.

2. I make this declaration in support of Wellmark's Resistance to Plaintiff Sharilyn Ervin's ("Plaintiff") Motion to File a Superseding Amended Complaint [ECF No. 30].

3. Attached hereto as Exhibit A is a true and accurate copy of Policy GF3-840-435301-02, which is the Long-Term Disability Policy referenced in Plaintiff's First Amended Complaint.

4. Attached hereto as Exhibit B is a true and accurate copy of the Class 2 Certificate for Policy GF3-840-435301, which applies to Plaintiff based on her job classification at Wellmark, and which sets forth processes that are referenced in Plaintiff's First Amended Complaint.

5. Attached hereto as Exhibit C is a true and accurate copy of the February 14, 2024 email transmitting the Short Term Disability Summary Plan Description ("SPD") to Plaintiff, along with the SPD attached to that email.



EXHIBIT F

6. Attached hereto as Exhibit F is a true and accurate copy of the April 9, 2024 email from Plaintiff to Wellmark wherein Plaintiff requested a copy of her Long Term Disability policy.

7. I have reviewed the February 27, 2024 email that Plaintiff filed at ECF No. 30-4.

8. There is no "annual report" associated with Plaintiff's Short Term Disability ("STD") plan other than the publicly-available Form 5500 which is and has always been available to Plaintiff.

9. There is also no "terminal report," "bargaining agreement," or "trust agreement" associated with the STD plan.

10. Wellmark is not aware of what Plaintiff was seeking with her request for a "contract" associated with her STD plan other than the SPD—which was provided to her shortly before her February 27, 2024 email.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated April 6, 2026

Signed by:
Bryan O'Neill
39AB1DF9EDF9453...

Bryan O'Neill