RE: [EXTERNAL] re

From: Mommer, Amanda J (mommera@wellmark.com)

To: ervinsharilyn2009@yahoo.com

Date: Friday, January 5, 2024 at 10:01 AM CST

Hi Sharilyn,

Your Benefit Begin date with Lincoln is 11/22/2023, so that would be the date you would start to receive payment for Short-Term Disability Time Off. The first week (11/15/23 – 11/21/23) of Short-Term Disability is the elimination period, which typically employees would use PTO/MTO or Unpaid Time Off. Since you were an employee on 11/22 and 11/23, you received full Holiday pay for these dates. Wellmark does not apply STD pay on paid Holidays for employees. Since you were not employed for the Winter Holiday dates (December 25 & 26), you received STD pay for those dates. Please see the STD hours calculated to pay below:

| Week | STD Hours to Pay | Dollar Amount |
|---|---|---|
| 11/20/23 – 11/24/23 | 8 | [redacted] |
| 11/27/23 – 12/01/23 | 40 | [redacted] |
| 12/04/23 – 12/08/23 | 40 | [redacted] |
| 12/11/23 – 12/15/23 | 40 | [redacted] |
| 12/18/23 – 12/22/23 | 40 | [redacted] |
| 12/25/23 – 12/29/23 | 40 | [redacted] |

Hourly Rate[redacted]

STD Hourly Rate:[redacted]

Total STD Hours to be Paid[redacted]

Gross Dollar Amount to be Paid: **$2**[redacted]

Net Dollar Amount to be Paid: **$2,**[redacted]

**Amanda Mommer**
HR Services Specialist
Wellmark Blue Cross and Blue Shield
MommerA@wellmark.com
Phone: 605-373-7413
Wellmark.com

EXHIBIT H

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.