# STATUTORY DOCUMENT DEMAND: FINAL NOTICE

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: lcbehaunek@nyemaster.com; bpr@nyemaster.com

Date: Thursday, March 26, 2026 at 01:25 PM CDT

DATE: March 26, 2026

RE: Outstanding ERISA § 104(b)(4) Requests; *Ervin v. Lincoln National Life, et al.*

Counsel,

I am writing to formally inquire if the Defendants intend to fulfill my statutory document requests dated February 27, 2024:

-a copy of the latest updated summary plan description, -and the latest annual report, -any terminal report, -the bargaining agreement, -trust agreement, -contract, or other instruments under which the plan is established or operated

On March 9, 2026, Ms. Behaunek filed a Declaration attaching a 50-page Master Policy and Class 2 Certificate. This filing confirms that these governing instruments were in the Defendants' possession throughout this litigation, despite prior claims that it was "not our practice" to provide them.

To date, I have still not personally received the following items mandated by ERISA § 104(b)(4):

- The full, unredacted Master Policy and all Certificates (not merely as litigation exhibits).
- The latest Annual Report (Form 5500).
- The Trust Agreement or other instruments under which the plan is operated.
- all governing polices

Please advise by end of business tomorrow if you intend to furnish these documents. If not, I will notify the Court that the Defendants are maintaining their refusal to comply with federal disclosure mandates, and the statutory penalty of $110 per day continues to accrue.

Best Regards,

Sharilyn Ervin
I am a Spirit

EXHIBIT I

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

# FIRST DISCOVERY TO WELLMARK ERISA PENALTY

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: bpr@nyemaster.com; lcbehaunek@nyemaster.com

Date: Tuesday, May 19, 2026 at 10:33 PM CDT

Dear Counsel,

Please find attached Plaintiff’s First Set of Discovery Requests (Interrogatories, Requests for Production, and Requests for Admission) directed to Defendant Wellmark, Inc.

Be advised that these requests directly address Wellmark's failure to comply with its strict fiduciary disclosure duties under 29 U.S.C. § 1024(b)(4) following my formal written request for plan instruments.

Please take notice that as of today, May 19, 2026, exactly 812 days have elapsed since my February 27, 2024, statutory document demand. Pursuant to 29 U.S.C. § 1132(c)(1) and 29 C.F.R. § 2575.502c-1, statutory penalties continue to accrue at a rate of $110.00 per day, bringing the current total accrued penalty to ***$89,320.00.*** The public DOL EFAST2 search portal lacks full Form 5500 availability due to several legal and technical reasons such as if a company filed an amended return or has a complicated multi-employer data structure, I still expect Wellmark to comply with the law.

Plaintiff will continue to calculate these days and will formally petition the Court for the maximum statutory penalty award for every day that Wellmark remains in non-compliance. I look forward to your timely responses within thirty (30) days as required by the Federal Rules of Civil Procedure.

Regards,

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth.”*