Re: Wellmark Employee Benefits

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: RaganS@wellmark.com

Date: Friday, December 29, 2023 at 08:56 AM CST

Thank you, I have an open appeal with Lincoln and have called for weeks to get questions answered, If I continue to be unsuccessful I will retain a disability attorney.

Again thanks for your help.

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

On Friday, December 29, 2023 at 07:57:40 AM CST, Ragan, Sheri <ragans@wellmark.com> wrote:

Sharilyn,

Unfortunately, I will not be able to send you those documents. It is not our practice to send internal Wellmark documents to requests that are made outside of Wellmark.

**Sheri Ragan**

Human Resources Benefit Analyst

Wellmark Blue Cross and Blue Shield

RaganS@wellmark.com

Phone: 515.376.5046

EXHIBIT J

Wellmark.com

---

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Thursday, December 28, 2023 9:17 AM
**To:** Ragan, Sheri <RaganS@wellmark.com>
**Subject:** [EXTERNAL] Re: Wellmark Employee Benefits

**CAUTION:** External email. Only click on links or open attachments from a trusted source.
Contact CyberResponse to report suspicious activity.

Hello

I wanted to know if you are able to provide summary plan descriptions for Lincoln regarding the fmla and short term disability.

Thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*God is Spirit, and those who worship Him must worship in spirit and truth."*

On Wednesday, December 6, 2023 at 01:21:58 PM CST, Ragan, Sheri <ragans@wellmark.com> wrote:

Sharilyn,

Attached is a letter you can use to show that your coverage will end on 12/31/2023 on the Wellmark Inc Employee Group Plan.

Please let me know if you have any questions.

**Sheri Ragan**

Human Resources Benefit Analyst

Wellmark Blue Cross and Blue Shield

RaganS@wellmark.com

Phone: 515.376.5046

Wellmark.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please do not distribute it. Please notify the sender by e-mail at the address shown and delete or destroy the original message and any attachments. Thank you.

ACCESSIBILITY AND NONDISCRIMINATION
Notice of Nondiscrimination | Español | 中文 | TiếngViệt | Hrvatski | Deutsch | اللغة العربية | ລາວ | 한국어 | हिंदी | Français | Pennsylvaanisch Deitsch | ไทย | Tagalog | Русский | नेपाली | አማርኛ | Nasarare | Afaan Oromo | Українськиа | Diné |

California Consumers Privacy Notice