# Re: Ervin v. Wellmark et al - documents

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)
To: lcbehaunek@nyemaster.com
Cc: bpr@nyemaster.com
Date: Thursday, June 11, 2026 at 11:46 AM CDT

Leslie,

I am in receipt of your June 11, 2026, email and the four attachments, including the 2023, 2024, and 2025 Summary Annual Reports (SARs) and the Liberty Disability Leave Agreement.

I must completely reject your characterization that my requests have been "shifting and unclear." As documented in the statutory demand letter sent on February 27, 2024 (filed as Exhibit G), my request strictly tracked 29 U.S.C. § 1024(b)(4). The federal government was incredibly deliberate when it drafted this statute to include the phrase "or other instruments under which the plan is established or operated."

The law is designed precisely so that plan participants do not have to guess and ask for every single internal corporate document by its exact technical name. The phrase "any document governing the plan" covers it all, and any confusion on Wellmark's part should end there. My original request listed the law explicitly. Furthermore, page 24 of Wellmark's own Summary Plan Description explicitly mandates that the Plan Administrator is required by law to furnish each participant with a copy of this summary annual report [SAR] and all documents governing the Plan. If Wellmark's legal team is still unclear on basic ERISA disclosure laws or the contents of the policies Wellmark itself distributes, I highly advise Wellmark to retain an outside ERISA expert to explain these obligations to you.
While I acknowledge that Wellmark has finally produced these required documents today, June 11, 2026, this late production directly confirms that these governing materials were withheld from me for 835 days following a compliant statutory request.

I will update the Court on this partial compliance. Please be advised that this production still does not resolve if indeed all documents have been produced. An email advising all governing documents have been produced would be sufficient. The law placed the burden on Wellmark to produce all governing documents not participants to guess what they are. Please be advised I am very unconfused.

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

On Thursday, June 11, 2026 at 10:51:22 AM CDT, Leslie C. Behaunek <lcbehaunek@nyemaster.com> wrote:

Ms. Ervin,

I write regarding your June 4, 2026 request for documents. Since there have been shifting and unclear requests, I am providing the attached. This includes SARs for all possible plan years for all disability plans.

Thanks,
Leslie

NYEMASTER

**LESLIE BEHAUNEK | NYEMASTER GOODE, P.C.**
**Shareholder Attorney**
700 Walnut Street, Suite 1300, Des Moines, IA 50309-3899
lcbehaunek@nyemaster.com | **T** (515) 283-8187 | **F** (515) 283-3108

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.