UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants. | Case No. 4:25-CV-00438-RGE-HCA<br><br>**DEFENDANTS' JOINT MOTION FOR STIPULATED PROTECTIVE ORDER** |

Defendants Wellmark Inc. Group Disability Income Plan, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark, Inc. Welfare Benefit Wrap-Around Plan (collectively referred to herein as "Wellmark"), and The Lincoln National Life Insurance Company ("Lincoln", and collectively with Wellmark referred to as "Defendants") by and through their undersigned counsel, jointly request that the Court issue the attached Stipulated Protective Order and state:

1. The Defendants anticipate the production of confidential documents and information in the course of this action.

2. The attached Stipulated Protective Order (Exhibit A) is designed to protect the confidential documents and information.

3. The attached Stipulated Protective Order mirrors the draft protective order available on the website for the U.S. District Court for the Northern District of Iowa, with modifications to

address the fact there is a self-represented party in this case. Two other substantive modifications include (1) a clause prohibiting the parties from processing confidential information through generative artificial intelligence tools in certain circumstances, and (2) a clause allowing the parties to utilize the Long Term Disability Claim File previously produced by Lincoln in this case in the pending litigation in the Southern District of Iowa in the case captioned *Sharilyn Ervin v. Wellmark Inc. et al.*, Case No. 4:25-cv-00086-RGE-HCA.

4. The Defendants have conferred and agree that the attached Stipulated Protective Order is reasonable and would facilitate orderly discovery in this matter while protecting confidential information.

5. The Defendants have also conferred with Plaintiff Sharilyn Ervin ("Ervin") regarding entry of a protective order during a call on June 29, 2026, and via multiple emails regarding the attached Stipulated Protective Order. She has indicated agreement with the terms of the Stipulated Protective Order *except* that she does not agree to include paragraphs 6, 8, 12, and 13, and she prefers to use the following language in lieu of paragraph 2 in the provided draft:

> 2. A party may designate a document 'Confidential' ONLY to protect the following specific categories of information:
>
> - (a) Highly sensitive personal identifying information (such as Social Security Numbers, financial account numbers, or tax returns);
> - (b) Certified corporate trade secrets; and
> - (c) Defendant Lincoln National Life Insurance Company's internal claims manuals, claims guidelines, and training policies.
>
> **For the avoidance of doubt, standard business communications, emails between employees regarding claims administration or plan documents, and the administrative record itself do not qualify for a 'Confidential' designation under this Order.**

6. Although Defendants are willing to remove paragraph 6 in an effort to reach compromise, they prefer to retain that paragraph to prevent the disclosure of confidential

information to the public through use of generative artificial intelligence tools. Defendants do not agree to Ervin's other proposed modifications.

WHEREFORE, the Defendants request the Court grant their Joint Motion for Stipulated Protective Order in this matter and issue an Order in the form attached.

Dated: July 20, 2026


*/s/ Leslie Behaunek*
Benjamin P. Roach, AT0006588
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: bproach@nyemaster.com
lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN**

**AND**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


**AND**

**LEDERER WESTON CRAIG PLC**

/s/ Brenda K. Wallrichs
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com
**ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP True Parkway, #303
West Des Moines, IA 50266

**PRO SE PLAINTIFF**

*/s/ Amanda Johnson*