EXHIBIT B

Lincoln/Ervin

From: iwana@rademaekerslaw.com
To: ervinsharilyn2009@yahoo.com
Cc: sandy@rademaekerslaw.com
Date: Monday, June 29, 2026 at 08:54 PM UTC

Thank you for our discussion this afternoon. To recap, we have agreed on the following discovery requests that were in dispute:

1. Request No. 8 – Lincoln agrees to provide, subject to the terms of an agreed protective order, any provision in Lincoln's technical reference tools that is specifically relevant to Plaintiff's claim.
2. Request No. 31 – Lincoln agrees to provide, subject to the terms of an agreed protective order, contracts between it and Dane Street, along with information regarding the number of referrals made by Lincoln to Dane Street from 1/1/2023 until 12/31/2025.
3. Interrogatory Nos 11 and 12 - Lincoln agrees to provide, subject to the terms of an agreed protective order, any provision in Lincoln's technical reference tools that is specifically relevant to Plaintiff's claim.

Additionally, we will circulate a draft of an Agreed Protective Order before you return on July 9th.

Finally, I look forward to receiving your settlement offer after you return, which I will promptly send to my client for a response.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*