UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants | Case No. 4:25-CV-00438-RGE-HCA<br><br>PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT LINCOLN NATIONAL LIFE INSURANCE COMPANY |

PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT LINCOLN NATIONAL LIFE INSURANCE COMPANY AND CERTIFICATION OF COMPLETED MEET AND CONFER

Plaintiff Sharilyn Ervin, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Local Rule 37(a) for an Order compelling Defendant Lincoln National Life Insurance Company ("Lincoln") to immediately produce outstanding discovery responses and materials responsive to Plaintiff's First Set of Requests for Production (Nos. 8 and 31) and Interrogatories (Nos. 11 and 12).

In support of this Motion, Plaintiff states as follows:

1. Discovery Obligations: Defendant Lincoln was required to complete and serve its responses and production to Plaintiff's written discovery requests on or before June 19, 2026.
2. Written Agreement to Produce: On June 29, 2026, Lincoln's counsel confirmed in writing that Lincoln explicitly agreed to produce the specific, disputed discovery requested in RFP Nos. 8 and 31 and Interrogatory Nos. 11 and 12, subject to a narrow agreed protective order to be drafted by Lincoln.
3. Lincoln's Non-Compliance: Lincoln failed to circulate its agreed-upon draft order and continues to withhold all responsive documents, improperly conditioning its production on co-defendant Wellmark, Inc.'s broader, disputed protective order motion (Doc. 57).

*CERTIFICATION OF COMPLETED MEET AND CONFER (FED. R. CIV. P. 37(a)(1) & LOCAL RULE 37(a))*

Plaintiff explicitly certifies that the meet-and-confer process required by Fed. R. Civ. P. 37(a)(1) and Local Rule 37(a) has been fully satisfied and completed prior to filing this Motion:

- Plaintiff and Lincoln's counsel engaged in direct communications—including phone conferences and substantive written exchanges—specifically addressing RFP Nos. 8 and 31 and Interrogatory Nos. 11 and 12.
- These conferral efforts resulted in the explicit written agreement of June 29, 2026, wherein the substantive scope of discovery was fully resolved.
- Subsequent conferral efforts regarding the execution of a protective order have reached a total impasse, as Lincoln refuses to produce the agreed-upon discovery without an entered order, while failing to circulate a narrow draft matching its stated needs.

- Further informal attempts to resolve this issue without judicial intervention would be futile.

WHEREFORE, Plaintiff respectfully requests that the Court GRANT this Motion, ORDER Defendant Lincoln to produce all responsive materials within fourteen (14) days and grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Sharilyn Ervin, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July 2026, I electronically filed the foregoing using the ECF system which will send notification of such filing to the following individuals or counsel of record:

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC./ GROUP DISABILITY INCOME PLAN

Brenda K. Wallrichs AT0008203 118 Third Avenue SE, Suite 700 P. O. Box 1927 Cedar Rapids, IA 52406-1927 Phone: (319) 365-1184 Fax: (319) 365-1186 E-mail: 14 bwallrichs@lwclawyers.com Iwana Rademaekers 17304 Preston Road, Suite 800 Dallas, Texas 75252 Main: (214) 579-9319 Fax: (469) 444-6456 Email: iwana@rademaekerslaw.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and

Pro se Plaintiff; Sharilyn Ervin 515-423-1809 Ervinsharilyn2009@yahoo.com