**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants. | Case No: 4:25-cv-00438-RGE-HCA<br><br>**NOTICE OF WITHDRAWAL OF LESLIE BEHAUNEK** |

Leslie Behaunek hereby gives notice of her withdrawal as counsel for Defendants Wellmark Inc. Group Disability Income Plan, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark, Inc. Welfare Benefit Wrap-Around Plan in this matter. Benjamin P. Roach of the law firm Nyemaster Goode, P.C. remains as counsel for Defendants.

Respectfully submitted,

*/s/ Leslie Behaunek*

Leslie Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: lcbehaunek@nyemaster.com
**ATTORNEYS FOR DEFENDANTS WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, AND WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN**

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I presented the foregoing to the Clerk of the Court for filing by uploading into the CM/ECF system, which will send notification of such filing to the following:

Sharilyn Ervin
8790 EP Tru Parkway, #303
West Des Moines, Iowa 50266
PRO SE PLAINTIFF

Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

Brenda k. Wallrichs
LEDERER WESTON CRAIG PLC
118 Third Avenue SE, Suite 700
PO Box 1927
Cedar Rapids, Iowa 52406-1927
Telephone: (319) 365-1184
Facsimile: (319) 365-1186
Email: bwallrichs@lwclawyers.com
ATTORNEYS FOR DEFENDANT THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY

*/s/ Amanda Johnson*