IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants. | Case No. 4:25-cv-00438-RGE-HCA<br><br>PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING THE COURT'S JULY 27, 2026, ORDER (DOC. 62) |

Plaintiff Sharilyn Ervin, proceeding *pro se*, respectfully moves this Court for clarification of its July 27, 2026, Order (Doc. 62).

Plaintiff does not seek reconsideration of the Court's substantive rulings, nor does Plaintiff seek to re-argue the discovery issues decided in the Order. Plaintiff seeks only narrow clarification on three specific procedural and scope items to ensure compliance with the Court's directives and scheduling order:

## I. CLARIFICATION REQUESTED REGARDING THE SCOPE OF DOCUMENTS UNDER COUNT II

On page 4 of the Order, the Court noted that "Ervin brought a single ERISA claim against Wellmark for failure to provide Short Term Disability plan documents." (Doc. 62 at 4).

Plaintiff's underlying statutory request under 29 U.S.C. § 1024(b)(4) requested instruments governing both Short-Term Disability (STD) and Long-Term Disability (LTD) benefits (Doc. 48-2).

Plaintiff respectfully requests clarification as to whether the Court's characterization of Count II was intended to limit the claim strictly to STD plan instruments, or whether responsive LTD plan instruments remain within the scope of Count II for purposes of briefing and any ultimate statutory penalty calculation under 29 U.S.C. § 1132(c)(1)(B).

## II. CLARIFICATION REQUESTED REGARDING THE FACTUAL STATUS OF DISCOVERY AND STAYS AS TO LINCOLN

On page 6 of the Order, the Court observed that "the administrative record had not yet been produced" and "the parties had not exchanged initial disclosures" when written discovery was initially served (Doc. 62 at 6).

On page 8, the Order states that "Ervin may not serve additional discovery requests nor deposition notices in this ERISA case," but the designated mechanism to request relief from that stay—waiting until after Wellmark files its responsive brief"—refers only to Wellmark (Doc. 62 at 8).

Plaintiff respectfully requests clarification as to whether the discovery stay on page 8 extends to Defendant Lincoln, given that Lincoln's Administrative Record has already been filed and the stay-relief procedure explicitly cites Wellmark's briefing schedule (Doc. 62 at 8).

## III. CLARIFICATION REQUESTED ON SCHEDULING DISCOVERY/THE SEPTEMBER 30, 2026, DEADLINE

The Case Management Order (Doc. 35) establishes September 30, 2026, as the deadline for conflict-of-interest discovery, while setting November 30, 2026, for Defendants' merits briefs.

Because the procedure for seeking leave to lift the discovery stay in Doc. 62 is tied to events occurring after Wellmark files its responsive brief (in November 2026), that mechanism postdates the September 30 deadline for conflict-of-interest discovery (Doc. 35; Doc. 62 at 8).

Plaintiff respectfully requests clarification as to whether she may file a motion for leave to seek conflict-of-interest discovery as to Lincoln prior to the September 30, 2026, deadline, or whether all discovery as to all parties is stayed until after merits briefs are submitted.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court clarify.

Respectfully submitted,

*/s/ Sharilyn Ervin*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I presented the foregoing by uploading into the ECF system, which will send notification of such filing to the following:

Sharilyn Ervin 8790 EP True Parkway, #303 West Des Moines, IA 50266 PRO SE PLAINTIFF

Iwana Rademaekers Law Offices of Iwana Rademaekers, P.C. 17304 Preston Road, Suite 800 Dallas, TX 75252 Telephone: (214) 579-9319 Facsimile: (469) 444-6456 Email: iwana@rademaekerslaw.com Admitted Pro Hac Vice

And

Brenda K. Wallrichs Lederer Weston Craig PLC 118 Third Avenue SE, Suite 700 PO Box 1927 Cedar Rapids, IA 52406-1927 Telephone: (319) 365-1184 Facsimile: (319) 365-1186 Email: bwallrichs@lwclawyers.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Benjamin P. Roach, AT0006588 Leslie C. Behaunek, AT0011563 NYEMASTER GOODE, P.C. 700 Walnut Street, Suite 1300 Des Moines, IA 50309 Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com lcbehaunek@nyemaster.com ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN