IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff<br><br>V | Case No. 4:25-cv-00438-RGE-HCA |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants | Motion for Leave to File a Sur-Reply |

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF JOINT MOTION FOR STIPULATED PROTECTIVE ORDER [ECF NO. 61]

Plaintiff Sharilyn Ervin respectfully moves this Court for leave to file a short Sur-Reply to Defendants' Reply in Further Support of Joint Motion for Stipulated Protective Order [ECF No. 61]. In support, Plaintiff states as follows:

1. On July 24, 2026, Defendants filed their Reply Brief [ECF No. 61]. In Paragraph 9, Defendants asserted for the first time before this Court that *"It is apparent in this case that Ms. Ervin is utilizing a generative AI tool or program of some sort."*
2. Defendants provided no evidentiary foundation, examples, or factual support for this assertion.

3. A sur-reply is necessary to address this new, unsubstantiated allegation and clarify for the Court the origin of Defendants' AI allegations. Specifically, this issue originated in a separate pending case between Plaintiff and Wellmark, Inc. (*Ervin v. Wellmark, Inc., et al.*, Case No. 4:25-cv-00086-RGE-HCA), where Defendants' counsel, Benjamin P. Roach, previously sought a sweeping prohibition on AI and grammar tools (such as Grammarly) immediately after an adverse discovery ruling.

4. To ensure a complete record and correct the misleading characterization, Plaintiff seeks leave to submit the attached ~~two~~ 3-page Sur-Reply along with two short exhibits:

    a. Exhibit A: May 1, 2026, Email from Attorney Benjamin P. Roach.

    b. Exhibit B: Proposed Protective Order on AI Draft from Case No. 4:25-cv-00086.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Sur-Reply and Exhibits.

Dated: August 6, 2026

Respectfully submitted,

Sharilyn Ervin

8790 EP True Parkway, #303

West Des Moines, IA 50266

*PRO SE PLAINTIFF*