EXHIBIT A

RE: Meet and confer / Friday May 1, 2026, Status Call – 1:30 PM

From: Benjamin P. Roach (bpr@nyemaster.com)
To: ervinsharilyn2009@yahoo.com; vegger@nyemaster.com; mef@nyemaster.com
Date: Friday, May 1, 2026 at 10:05 AM CDT

Ms. Ervin,

We provided you with the exact documents we received from Lincoln in the ERISA case.

There are two items I will add to our discussion this afternoon:

- Whether you will withdraw your Fifth discovery requests. They are duplicative, excessive and exceed the burden that should be required by the Defendants to participate in discovery in the case. We should not have to go through the Fifth set of requests (actually seventh if you count amendments) and sort through which are duplicative of prior requests that have already been answered. There are many.
- Amending the protective order in the case to prohibit loading of documents produced by Defendants into open artificial intelligence (AI) platforms. Based on recent documents you have sent it appears that you are using AI and may be loading Wellmark produced documents into it. We want to know what platforms you are using and what protections are in place.

Thank you.

NYEMASTER

**BEN ROACH | NYEMASTER GOODE, P.C.**

**Shareholder Attorney**

700 Walnut Street, Suite 1300, Des Moines, IA 50309-3899

bpr@nyemaster.com | **T** (515) 283-8158 | **C** (515) 556-2344 | **F** (515) 283-3108

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Wednesday, April 29, 2026 1:52 PM
**To:** Benjamin P. Roach <bpr@nyemaster.com>; Victoria L. Biggerstaff Egger <VEgger@Nyemaster.com>; Mary E. Funk <MEF@nyemaster.com>
**Subject:** Re: Meet and confer / Friday May 1, 2026, Status Call – 1:30 PM

**Warning –** This message was sent from outside the firm ervinsharilyn2009@yahoo.com.
Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Counsel I additionally wanted to discuss that you have not supplement communications pertaining to Lincoln, but you mentioned you got files from the other case.

Thank you

Sharilyn Ervin
I am a Spirit
John 4:24