EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff,<br><br>v.<br><br>WELLMARK, INC., LISA SCAGLIONE, and AMANDA MOMMER,<br><br>Defendants. | Case No. 4:25-cv-00086-RGE-HCA<br><br>**PROTECTIVE ORDER LIMITING THE UPLOADING OF DISCOVER INFORMATION INTO OPEN SOURCE ARTIFICIAL INTELLIGENCE** |

The terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court. Accordingly, it is ORDERED:

1. This order governs the handling of artificial-intelligence ("AI") and whether documents or information produced by one party in discovery can be uploaded into an AI platform by the other party.

2. AI can only be used to review documents produced by other parties in a closed-source system where the documents are accessible to third parties or used to train the AI system. The Parties will not feed any documents produced in discovery in this case, whether confidential or not, into an open or public AI platform, program, application or system.

3. A non-exhaustive list of open or public AI sources includes, ChatGPT, Google Gemini, Microsoft Copilot, Perplexity AI, Claude, Notion Ai, Grammarly, QuillBot, Ollama, Hugging Face, Deepseek, You.com, and NotebookLM.