IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| SHARILYN ERVIN,<br><br>Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, WELLMARK INC. GROUP DISABILITY INCOME PLAN, WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, and WELLMARK, INC. WELFARE BENEFIT WRAP-AROUND PLAN,<br><br>Defendants. | Case No. 4:25-cv-00438-RGE-HCA<br><br><br><br><br><br>PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

Plaintiff respectfully moves this Court for an Order compelling Defendant Lincoln National Life Insurance Company ("Lincoln") to provide full and complete responses to Plaintiff's Conflict-of-Interest Interrogatories and Requests for Production. In support of this Motion, Plaintiff submits a brief in support of the current facts.

1. April 5, 2026: Lincoln served its initial disclosures.
2. April 10, 2026: Lincoln produced the administrative record.
3. May 19, 2026: Plaintiff served conflict-of-interest discovery, the scope of which the parties had previously agreed upon.
4. June 18, 2026: Lincoln served objections and refused to answer Plaintiff's interrogatories and requests for production (*see* Exhibit 1 attached hereto).

5. Meet and Confer / Impasse: On June 29, 2026, the parties conducted an informal telephonic conference to discuss Defendant The Lincoln National Life Insurance Company's ("Lincoln") objections to Plaintiff's written discovery requests. During that conference, Plaintiff understood Lincoln's verbal representation that it did not object to limiting the use of the administrative record strictly to this case. Following the June 29 conference, Lincoln took the position that it would only provide certain agreed-upon disclosures after the entry of a broad Protective Order.

   However: Lincoln improperly adopted co-Defendant Wellmark's expansive protective order terms on paper, despite verbal representations that its focus was limited strictly to this case. On August 6, 2026, Plaintiff initiated a final written meet-and-confer via email to resolve the outstanding discovery disputes and establish good cause under *Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105 (2008), based on face-of-the-record procedural defects.

   Plaintiff confirmed that all prior informal proposals were terminated due to Lincoln's improper preconditions, and that judicial determination was necessary. Plaintiff certifies that she has made diligent, good-faith efforts to narrow and resolve these discovery issues without judicial intervention.

Because the parties have conferred and reached a clear impasse, and because the requested discovery is essential to establishing the conflict-of-interest theories present in this matter (*see* Cross-Reference Mapping Attached as Exhibit 2), judicial intervention is required.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order:

1. Compelling Lincoln to produce complete, non-boilerplate responses and responsive documents to Plaintiff's conflict-of-interest discovery within fourteen (14) days, with the temporal scope of such discovery — including reviewer statistics, denial rates, and compensation information — limited to the period of January 1, 2023, through the present, consistent with the parties' agreement narrowing that scope;
2. Compelling Lincoln to supplement the administrative record to include the categories of documents identified in Plaintiff's May 1, 2026, correspondence as mandatory components of the record under 29 C.F.R. § 2560.503-1(m)(8); and
3. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/Sharilyn Ervin

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I presented the foregoing by uploading into the ECF system, which will send notification of such filing to the following:
Sharilyn Ervin 8790 EP True Parkway, #303 West Des Moines, IA 50266 PRO SE PLAINTIFF

Iwana Rademaekers Law Offices of Iwana Rademaekers, P.C. 17304 Preston Road, Suite 800 Dallas, TX 75252 Telephone: (214) 579-9319 Facsimile: (469) 444-6456 Email: iwana@rademaekerslaw.com Admitted Pro Hac Vice

And
Brenda K. Wallrichs Lederer Weston Craig PLC 118 Third Avenue SE, Suite 700 PO Box 1927 Cedar Rapids, IA 52406-1927 Telephone: (319) 365-1184 Facsimile: (319) 365-1186 Email: bwallrichs@lwclawyers.com ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
And
Benjamin P. Roach, AT0006588. 700 Walnut Street, Suite 1300 Des Moines, IA 50309
Telephone: 515-283-3100 Facsimile: 515-283-8045 Email: bproach@nyemaster.com
Logan Jay Eliasen leliasen@nyemaster.com
ATTORNEYS FOR DEFENDANT WELLMARK INC. GROUP DISABILITY INCOME PLAN