**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Case No. 4:25-cv-00438-RGE-HCA : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Sharilyn Ervin | Lincoln National Life Insurance Company<br>Wellmark Inc. Group Disability Income Plan<br>Wellmark, Inc.<br>Wellmark, Inc. Welfare Benefit Wrap-Around Plan |

Plaintiff(s) Counsel: Sharilyn Ervin

Defendant(s) Counsel: Lincoln National Life Insurance Company-Brenda K. Wallrichs
Wellmark Inc. Group Disability Income Plan-Benjamin Patrick Roach, Iwana Rademaek

Court Reporter: Karla Hale : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| Joint Motion for Protective Order [57] | | x |

Proceedings:

Counsel and Plaintiff appear via webex for a Motion hearing. Court discusses [ECF 57] Joint motion for protective Orders. Defense proffers. Court holds colloquy with defense. Plaintiff proffers. Defense argues. Plaintiffs proffer continues. Court holds colloquy with parties.

Order to follow.

Time Start: 3:34 p.m.
Time End: 4:07 p.m.
Date: August 13,2026

/s/ A. Burns
Deputy Clerk