**From:** Sharilyn Ervin
**To:** iwana@rademaekerslaw.com; bwallrichs@lwclawyers.com; lcbehaunek@nyemaster.com; bpr@nyemaster.com
**Subject:** Meet and Confer Reschedule
**Date:** Tuesday, June 23, 2026 2:52:55 PM

---

Counsel,

I need to reschedule our conference call. Please provide your availability for alternative dates and times later this week or early next week.

Our agenda for the rescheduled call will include the following items:

1. **The Proposed Protective Order:** Neither defense party has yet advised on or returned the draft distributed to isolate and safeguard my private health information from our concurrent litigation (*Case No. 4:25-cv-00086-RGE-HCA*). If you are prepared to sign it, we can execute that stipulation immediately; otherwise, it will be addressed on the call. Please advise some feedback to avoid many conferences.

2. **December 28, 2023, Emails:** Be advised that because these communications strictly concern day-to-day plan administration and a participant's document request, they are not protected under the ERISA Fiduciary Exception to the Attorney-Client Privilege.

3. **Motion to Compel Discovery (Lincoln):** This addresses Lincoln's explicit failure to comply with 29 C.F.R. § 2560.503-1 due to its refusal to produce mandatory claim file elements, including internal rules, guidelines, manuals, and specific medical diagnosis protocols. Lincoln's obstructive stance regarding these disclosures directly contradicts the positions and claim file parameters it has acknowledged in other federal matters, such as *Bruff v. The Lincoln National Life Insurance Company* (Case No. 5:26-cv-01720). Lincoln also did not answer discovery questions and Plaintiff will Motion this if needed

Please let me know your availability to speak as soon as possible.

Thank you,

Sharilyn Ervin

*Plaintiff Pro Se*

Sharilyn Ervin
I am a Spirit
John 4:24
*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*

EXHIBIT

B