EXHIBIT A

RE: 2nd request: LTD 15665514 Sharilyn Ervin

From: Colaneri, Christine (christine.colaneri@lfg.com)
To: ervinsharilyn2009@yahoo.com
Date: Tuesday, September 17, 2024 at 12:44 PM CDT

Hi Sharilyn,

Since you have revoked authorization, please contact your mental health providers to send all your office notes from when you became a patient to the present. If you can have them sent by 9/30/2024, that would be appreciated.

Thank you,

Christine Colaneri
LTD Specialist

Lincoln Financial

Lincoln Financial Group
Email: disabilitydocuments@lfg.com
1-800-291-0112 Extension 16123
Fax 603-334-0380
PO Box 2578
Omaha, NE 68103-2578

*Visit MyLincolnPortal.com for a secure and fast way to check the status of your claim, upload claim Documentation, enroll in text messaging and view your existing claim documents.*

---

**From:** Sharilyn Ervin <ervinsharilyn2009@yahoo.com>
**Sent:** Tuesday, September 17, 2024 12:44 PM
**To:** Colaneri, Christine <Christine.Colaneri@lfg.com>
**Subject:** Re: 2nd request: LTD 15665514 Sharilyn Ervin

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi

these are virtual appointments 1800-835-2362 for mental health

also
I have revoked all authorizations to contact my doctors without myself or my advocate whom is my sister
present on the call or email or letters, fax and any means of communication

thanks have a great day

Sharilyn Ervin
I am a Spirit