EXHIBIT B

RE-15665514

From: Sharilyn Ervin (ervinsharilyn2009@yahoo.com)

To: tawnya.valliere@lfg.com; christine.colaneri@lfg.com

Date: Tuesday, July 22, 2025 at 10:47 PM CDT

Can you list specific reason for denial 12/2024 and now?
Can you advise the specific policy provision on which determination was made?
What is missing information that you need?
Are you looking for certain lab test or clinical findings?
Are any of my doctors' statements or records incomplete or lacking details?
Can you advise of the job description you are using?
What essential job duties did you determine I was able to do after 12/2024 can you be specific?

Dr Leitman your paid clinical reviewers stated on record I refused therapy and Christine Colaneri quoted this as a reason in the denial letter on 12/2024. Can this be corrected. Also, Christine quotes Dr Schissel received a letter in December 2024 but did not return can Someone confirm when this was sent and send the letter to me?

thank you

Sharilyn Ervin

I am a Spirit

John 4:24

*THE MOST HIGH is Spirit, and those who worship Him must worship in spirit and truth."*