The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

EXHIBIT C

SHARILYN ERVIN
360 BRIDGEWOOD DR 1209
WEST DES MOINES IA 50266

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112

December 31, 2024

Sharilyn M. Ervin
360 BRIDGEWOOD DR 1209
WEST DES MOINES, IA 50266

RE: Long Term Disability (LTD) Benefits
Wellmark, Inc.
Claim #: 15665514

Dear Sharilyn:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Wellmark, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond December 26, 2024. Wellmark, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   *"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since May 13, 2024.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for headaches, neck pain, depression, anxiety, retinopathy, eye issues and your claim file contains the following medical documentation:

- June 26, 2018 –Doctors Now Walk In Care LLC –Work Status Note –David Stilley, M.D.
- June 28,2018 –Des Moines Orthopaedic Surgeons, P.C –Patient Status Report –Patricia M Kallemeier, M.D.
- February 10, 2023 –MercyOne West Des Moines Medical Center –ED Physician Notes –Peggy Van Ness, ARNP
- February 13, 2023 – June 18, 2024 - Jordan Creek Family Medicine Clinic –Progress Note –Dawn Schissel, M.D.
- Februayr 14, 2023 –Family Eyehealth Center –Office Visit –Cord Linville, O.D.
- March 14, 2023 –The Iowa Clinic Ear Nose and Throat West Lakes –Office Visit –Tanner Canova, PAC
- March 20, 2023 – April 12, 2024 - Physical Therapy Initial Evaluation –Kylee Cooksley, P.T.
- 03/21/2023 – May 9, 2023 -Jordan Creek Family Medicine Clinic –Progress Note –Dawn M Schissel, M.D.
- April 12, 2023 – MercyOne Clive ENT Care Clinic –Office Visit –Corey Mineck, M.D.
- June 22, 2023 –Central Iowa Neurology –Independent Medical Evaluation –Irving L Wolfe, D.O.
- September 9, 2023 – September 14, 2023 - Occupational Medicine Plus –Patient Status Report –Daniel C. Miller, D.O.
- September 19, 2023 – January 30, 2024 The IOWA Clinic –x-ray, mri
- September 20, 2023 –Methodist West Hospital –After Visit Summary –B Johnson, D.O.
- October 2, 2023 –October 4, 2023 –Physical Therapy Notes –Jillian McDonnell, P.T.
- October 19, 2023 –Rehab Medicine & Pain Coaching, LLC –Progress Note –Joseph J. Chen, M.D.
- October 31, 2023 –Lock Family Eye Care –Office Visit –Michael Lock, O.D.
- November 15, 2023 –UnityPoint Clinic Urgent Care Lakeview –After Visit Summary –H Wilcox, PA
- February 8, 2024 –Elite Vision Therapy –Vision Therapy Evaluation –Gabrielle Magee, O.D.
- February 27, 2024 –Office Visit –Max Palatnik, M.D.
- February 28, 2024 –MercyOne Clive ENT Care Clinic –Office Visit –Corey Mineck, M.D.
- Maryc 16, 2024 –Teladoc Physicians, P.A –Consultation Note –Craig Smith, M.D.
- March 22, 2024 –DMOS Des Moines Orthopaedic Surgeons, P.C –Office Visit –Theodore Smith, PAC
- March 25, 2024 –Office Visit –Lisa Parks, BH LMFT
- August 27, 2024 –Consultation Note –Lindsay M Schexnider, LCSW
- Undated –Elite Eye Clinic –Office Visit –David T. Berg, D.O.

In order to review your claim for ongoing disability your claim was sent for review and assessment with three different board certified physicians.

The first review was completed on September 9, 2024 with a physician board certified in neurology.

After reviewing your medical records the consulting physician advised, “The records fail to support any significant neurological diagnosis causing impairment that would require restrictions or limitations.”

In order to give your claim every consideration the consulting physician spoke with Dr. Schissel on September 9, 2024. Your condition was discussed and Dr. Schissle agreed you have no significant neurological impairments from your migraines requiring restrictions or limitations. However, Dr. Schissle stated, “you have significant issues related to convergence insufficiency with limits your computer use.”

The second review was with a physician board certified in physical medicine and rehabilitation. The report was completed on September 11, 2024.

After reviewing your medical records, the consulting physician confirmed your diagnosis(es) of cervicalgia and migraines with secondary diagnosis(es) of convergence insufficiency and obesity.

The consulting physician advised you have the current restrictions:

- Constant sitting, standing, walking, pushing, pulling, fingering.
- Frequent lifting and carrying to 20 pounds.
- Occasional twisting or bending of the neck, stooping, kneeling, crouching.

In order to give your claim every consideration the consulting physician spoke with Dr. Schissle on September 11, 2024. Dr. Schissle stated, “with regards to your cervical spine disorder that you should have no restrictions or limitations except for no lifting greater than 20 pounds at this time. She stated that all your problems were related to your visual disturbance.”

On August 29, 2024, you stated, “you were advised by medical expert to get your migraines under control before you continue with vision therapy.”

The last file review was completed by a board certified psychiatrist and was completed on December 12, 2024.

After reviewing your medical records, the consulting physician confirmed your diagnosis(es) of depression and anxiety.

“On August 27, 2024, the claimant reported feeling down, depressed, and hopeless, as well as feeling nervous and anxious. The examination revealed impoverished speech, anxious and depressed mood, and constricted affect. Treatment involved individual cognitive behavioral therapy every 2 weeks for 12-16 weeks.”

“On September 23, 2024, the claimant complained of anxiety and panic attack. The examination revealed anxious mood, normal speech, and good judgment. The planned treatment involved therapy, increasing Cymbalta to 60 mg, and adding Vistaril 25-50 mg with a follow-up in 4 weeks.”

To give your claim every consideration the consulting physician attempted to reach Dr. Schissle on

December 4, 2024, and December 5, 2024. However, it was unsuccessful. Therefore, a synopsis letter was sent to Dr. Schissel for review and comment. However, Dr. Schissel never returned the letter.

"Based on the clinical evidence, impairment is not supported as a result of the claimant's condition of depression and anxiety. The medical records are lacking in support of an impairing condition. There are no records provided beyond September 23, 2024, regarding the claimant's mental health complaints. The claimant's reported symptoms of anxiety and depression are inconsistently presented in the medical records, with gaps of office visits regarding mental health complaints. In June 2024, the claimant declined the recommended therapy. She was prescribed Cymbalta and Vistaril."

The consulting physician advised the severity of symptoms do not warrant any restrictions or limitations.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office notes, test results, procedure notes, hospital records, ophthamology records, Ear/Nose/Throat records, psychotherapy records from DMOS Orthopedics, Univ. of IA Hospitals, Dr. Breuer, Dr.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.